# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re: <u>Theya Kanagaratnam</u>     Case No. _____ (if known)   **24-40209**

                                    Chapter: __7__

Debtor(s)

**FILED**
FEB 1 5 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

## Verification of Creditor Matrix

The above named Debtor(s) hereby verifies that the attached list is true and correct to the best of my/their knowledge.

Date: <u>02/15/2024</u>     Debtor: _____

Date: _____     Joint Debtor: _____

# Chapter 7 Mailing Matrix

Selene Finance LP
P. O. Box 8619
Philadelphia, PA 19101-8619
**ACCOUNT NO.: 2005026956**


U.S. BANK
800 Nicollet Mall
Minneapolis, MN 55402-7014


CENLAR FSB
P.O. BOX 77404
EWING, NJ 08628

CITIBANK
P.O. BOX 769004
SAN ANTONIO, TX 78245
**ACCOUNT NO.: 106091318334000**

Mortgage Electronic Registration System (MERS)
P.O. Box 2026
Flint, MI 48501-2026
**MIN# 100039033123590196**


Charlotte | Bank of America Corporate Center
100 North Tryon Street
Charlotte, North Carolina 28255