# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: admin | Date Created: 2/15/2024 |
| Case: 24–40209 | Form ID: FSSM | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee/Oak      USTPRegion17.OA.ECF@usdoj.gov
tr      Paul Mansdorf      paul@mansdorftrustee.com

                                                                                                               TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Theya Prakashini Kanagaratnam      2316 Lakeshore Avenue #16      Oakland, CA 94606

                                                                                                                 TOTAL: 1