# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−4 | User: admin | | Date Created: 2/16/2024 |
| Case: 24−40209 | Form ID: 309A | | Total: 13 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Theya Prakashini Kanagaratnam | 2316 Lakeshore Avenue #16 | Oakland, CA 94606 |
| ust | Office of the U.S. Trustee/Oak | Office of the United States Trustee | Phillip J. Burton Federal Building   450 Golden Gate Ave. 5th Fl., #05−0153   San Francisco, CA 94102 |
| tr | Paul Mansdorf | 1569 Solano Ave. #703 | Berkeley, CA 94707 |
| smg | Labor Commissioner | 1515 Clay St.   Room 801 | Oakland, CA 94612 |
| smg | State Board of Equalization | Collection Dept.   P.O. Box 942879 | Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E   P.O. Box 826880 | Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit   P.O. Box 2952 | Sacramento, CA 95812−2952 |
| 15590914 | Cenlar FSB | P.O. Box 77404 | Ewing, NJ 08628 |
| 15590917 | Charlotte Bank of America Corporate Center | 100 North Tryon Street | Charlotte, North Carolina 28255 |
| 15590915 | Citibank | P.O. Box 769004 | San Antonio, TX 78245 |
| 15590916 | Mortgage Electronic Registration System (MERS) | P.O. Box 2026 | Flint, MI 48501−2026 |
| 15590912 | Selene Finance LP | P.O. Box 8619 | Philadelphia PA 19101−8619 |
| 15590913 | U.S. Bank | 800 Nicollet Mall | Minneapolis, MN 55402−7014 |

TOTAL: 13