```
FILED
MAR 06 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
```

24 — 40209

Certificate Number: 15725-CAN-CC-038186247



15725-CAN-CC-038186247

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 14, 2024</u>, at <u>12:30</u> o'clock <u>PM EST</u>, <u>Theya Kanagaratnam</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Northern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>February 14, 2024</u>   By: <u>/s/Angela Rosa</u>

Name: <u>Angela Rosa</u>

Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).