

FILED
APR -3 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Certificate Number: 14912-CAN-DE-038342159

Bankruptcy Case Number: 24-40209



14912-CAN-DE-038342159

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 2, 2024</u>, at <u>10:42</u> o'clock <u>PM EDT</u>, <u>Theya Kanagaratnam</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of California</u>.

Date:   <u>April 2, 2024</u>

By:     <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:  <u>Counselor</u>