# Notice Recipients

District/Off: 0971–4  User: admin  Date Created: 5/16/2024
Case: 24–40209  Form ID: pdfeoc  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Theya Prakashini Kanagaratnam    2316 Lakeshore Avenue #16    Oakland, CA 94606

TOTAL: 1