# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: admin | Date Created: 5/17/2024 |
| Case: 24–40209 | Form ID: pdfeoc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db     Theya Prakashini Kanagaratnam     2316 Lakeshore Avenue #16     Oakland, CA 94606

TOTAL: 1