Theya Kanagaratnam, living woman
On the county at Large, alameda
Non-Domestic
c/o 2316 Lakeshore Ave. #16
Oakland, California [94606]
e-mail: theyak101@yahoo.com



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

THEYA PRAKASHINI KANAGARATNAM

Debtor

Case No: 24-40209

Objection to Docket entry made on 03/20/2024 and other clarifications.

Judge: William J. Lafferty

_____/

Good Morning Your Honor:

If it would please the court, I need to clarify a few items today that might not have been brought to the attention of this court previously and I object to the March 20, 2024 Docket Entry regarding Discharge as it is not accurate:

1, I, Theya Kanagaratnam, am the Secured Party Creditor, and Holder In Due Course and am appearing Specially and not generally on behalf of the ESTATE also known as both THEYA KANAGARATNAM and THEYA PRAKASHINI KANAGARATNAM. I am not the Debtor for the named ESTATE. In order to avoid any confusion both with the middle-name and without the middle-name are used interchangeably and they both refer to same ESTATE; Likewise, I, Theya Kanagaratnam the natural flesh and blood woman also use both Theya Kanagaratnam and Theya Prakashini Kanagaratnam interchangeably and they both referred to the same woman.

2. In light of the evidence, my Naturalization Certificate A28 935 476, Birth Certificate BankNote Bond and CUSIP 09258N315, I have supplied this court with, I object to the March 20, 2024 Entry on the Docket. Asset with my CUSIP necessitates it to be administered and distributed correctly and accurately and that the Docket entry made on March 20, 2024 be revised and corrected accordingly.

I, Theya Kanagaratnam, declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct in accord with 28 USC § 1746(1).

Respectfully submitted:

Dated: May 20, 2024

By: *theya:kanagaratnam*
Theya Kanagaratnam,
living woman
Beneficiary,
Lender,
Creditor,
Secured Party,
Real Party In Interest,
Without Prejudice,
Without Recourse,
d/b/a THEYA KANAGARATNAM
d/b/a THEYA PRAKASHINI KANAGARATNAM