# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971–4 | User: admin | | Date Created: 6/5/2024 |
| Case: 24–40209 | Form ID: 318 | | Total: 14 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee/Oak     USTPRegion17.OA.ECF@usdoj.gov
tr     Paul Mansdorf     paul@mansdorftrustee.com

                                                                                                                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Theya Prakashini Kanagaratnam     2316 Lakeshore Avenue #16     Oakland, CA 94606
smg     Labor Commissioner     1515 Clay St.     Room 801     Oakland, CA 94612
smg     State Board of Equalization     Collection Dept.     P.O. Box 942879     Sacramento, CA 94279
smg     CA Employment Development Dept.     Bankruptcy Group MIC 92E     P.O. Box 826880     Sacramento, CA 94280–0001
smg     CA Franchise Tax Board     Special Procedures Bankruptcy Unit     P.O. Box 2952     Sacramento, CA 95812–2952
15596075     Bank of America     100 North Tryon Street     Charlotte NC 28255
15590914     Cenlar FSB     P.O. Box 77404     Ewing, NJ 08628
15590917     Charlotte Bank of America Corporate Center     100 North Tryon Street     Charlotte, North Carolina 28255
15590915     Citibank     P.O. Box 769004     San Antonio, TX 78245
15590916     Mortgage Electronic Registration System (MERS)     P.O. Box 2026     Flint, MI 48501–2026
15590912     Selene Finance LP     P.O. Box 8619     Philadelphia PA 19101–8619
15590913     U.S. Bank     800 Nicollet Mall     Minneapolis, MN 55402–7014

                                                                                                      TOTAL: 12