Theya Kanagaratnam, living woman
On the county at Large, alameda
Non-Domestic
c/o 2316 Lakeshore Ave. #16
Oakland, California [94606]
e-mail: theyak101@yahoo.com


FILED
JUN 1 4 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

THEYA PRAKASHINI KANAGARATNAM

Debtor

_____/

Case No: 24-40209

Motion for Clarification Regarding Discharge In light of CUSIP and Birth Cerificate BankNote Bond.

Judge: William J. Lafferty

Good Morning Your Honor:

1, I, Theya Kanagaratnam, am the Secured Party Creditor, and Holder In Due Course and am appearing Specially and not generally on behalf of the ESTATE also known as THEYA PRAKASHINI KANAGARATNAM. I am not the Debtor for the named ESTATE.

2. In light of the evidence, my Naturalization Certificate A28 935 476, Birth Certificate BankNote Bond and CUSIP 09258N315, I have supplied this court with on May 20, 2024 along with the Forensic Evidence Analysis and the Full Administrative Process, Please clarify the actions that have been taken in light of those May 20, 2024 filings.

3. Your Discharge Under your **Explanation of Bankruptcy Discharge in a Chapter 7 Case:** it states: However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile. I specifically object to this statement

in red, as it needs to be corrected in light of the evidence and CUSIP I have supplied to this court on May 20, 2024.

4. Further, I also object to the March 20, 2024 Entry on the Docket. Asset with my CUSIP necessitates it to be administered and distributed correctly and accurately and that the Docket entry made on March 20, 2024 needs to be revised and corrected accordingly. Therefore, I object to the Docket Entry made on 03/20/2024 where it states: Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 424000.00 and demand that it be changed to discharged with Payments and instruct this court to update the Discharge entry to accurately reflect the Payments.

5. Additionally, with this filing I am also filing a **MOTION FOR REQUEST FOR ADMISSIONS BY NEGATIVE AVERMENT AFFIDAVIT RESPONSIVE TO WRITINGS OF ALLEGED CREDITORS US BANK AND CITIBANK that I demand that US BANK AND CITIBANK ANSWER AFFIDAVIT Point-for-Point as this is extremely important to bring out the truth about who the real creditor is and whether they have no standing to foreclose on my property.**

6. I further demand that the alleged Creditors US BANK and CITIBANK and Nominees render the full GAAP accounting, CUSIP, 1099 OID, and MoneyNet Daily Transfer Log 120, which will prove that they did not loan me their own money, but I extended my credit from the minor account at 31 CFR § 363.6, as all debts are prepaid without recourse.

7. **With this additional filing of REQUEST FOR ADMISSIONS BY NEGATIVE AVERMENT AFFIDAVIT RESPONSIVE TO WRITINGS OF ALLEGED CREDITORS US BANK AND CITIBANK, I further object to your discharge order that states under Explanation of Bankruptcy Discharge in a Chapter 7 Case and be corrected to reflect the true nature of these alleged debts by these ALLEGED creditors:** However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

8. I ,hereby, instruct the assigned Trustee to move this Court to have the alleged creditors US BANK AND CITIBANK to answer to the **REQUEST FOR ADMISSIONS BY NEGATIVE AVERMENT AFFIDAVIT RESPONSIVE TO WRITINGS OF ALLEGED CREDITORS US BANK AND CITIBANK** and to properly setoff, settle, and discharge all the liabilities and balance the account to zero by Public Policy in accord with 31 USC § 5118(d)(1,2) and correct the docket entry made on March 20, 2024. If either the Trustee or you as the case Trustee fail or refuse to perform, I demand either the Judge, who is authorized to access my minor account, or

the U.S.A.G. appear to setoff, settle, and discharge the liabilities, **order the alleged creditors US BANK and CITIBANK to cancel/release any liens and to Reconvey the title to my property back to me.**

I, Theya Kanagaratnam, declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct in accord with 28 USC § 1746(1).

Respectfully submitted:

Dated: June 14, 2024

By: *theya: Kanagaratnam*
Theya Kanagaratnam,
living woman
Beneficiary,
Lender,
Creditor,
Secured Party,
Real Party In Interest,
Without Prejudice,
Without Recourse,
d/b/a THEYA KANAGARATNAM
d/b/a THEYA PRAKASHINI KANAGARATNAM