Theya Kanagaratnam, living woman
On the county at Large, alameda
Non-Domestic
c/o 2316 Lakeshore Ave. #16
Oakland, California [94606]
e-mail: theyak101@yahoo.com

FILED
JUN 17 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

THEYA PRAKASHINI KANAGARATNAM

Debtor

Case No: 24-40209

Exhibit - UCC1 20242028620.

Judge: William J. Lafferty

_____/

Good Morning Your Honor:

1, I, Theya Kanagaratnam, am the Secured Party Creditor, and Holder In Due Course and am appearing Specially and not generally on behalf of the ESTATE also known as THEYA PRAKASHINI KANAGARATNAM. I am not the Debtor for the named ESTATE.

2 Attached Exhibit is a copy of the UCC-1: **202420228620 to be included with the MOTION FOR REQUEST FOR ADMISSIONS BY NEGATIVE AVERMENT AFFIDAVIT RESPONSIVE TO WRITINGS OF ALLEGED CREDITORS US BANK AND CITIBANK filed with this court on June 14, 2024 - Docket # 31.**

I, Theya Kanagaratnam, declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct in accord with 28 USC § 1746(1).

Respectfully submitted:

Dated: June 17, 2024

By: *Theya Kanagaratnam* (signature)
Theya Kanagaratnam,
living woman
Beneficiary,
Lender,
Creditor,
Secured Party,
Real Party In Interest,
Without Prejudice,
Without Recourse,
d/b/a THEYA KANAGARATNAM
d/b/a THEYA PRAKASHINI KANAGARATNAM

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 03/30/2024 01:39:09 PM
Master ID: 20242028620
Validation Number: 20242028620
Amount: $8.00

## Debtor: (Organization)
Name: KANAGARATNAM BABT GIRL
Address1: 2316 Lakeshore Ave
Address2: 16
City: Oakland  State: CA  ZIP/Postal Code: 94606
Province: Kuppilan  Country: Sri Lanka

Collateral is held in a Trust.

## Debtor: (Organization)
Name: Theya Kanagaratnam
Address1: 2316 Lakeshore Ave
Address2: 16
City: Oakland  State: CA  ZIP/Postal Code: 94606
Province: Kuppilan  Country: Sri Lanka

Collateral is held in a Trust.

## Debtor: (Organization)
Name: Theya Kanagaratnam
Address1: CALIFORNIA SECRETARY OF STATE
Address2: 1500 11th Street
City: Sacramento  State: CA  ZIP/Postal Code: 95814
Province:  Country: United States

Collateral is held in a Trust.

## Debtor: (Organization)
Name: THEYA KANAGARATNAM; NON-ADVERSE; NON-BELIGERANT; NON-COMBATANT; PRIVATE FOUNDATION
Address1: 2316 Lakeshore Ave
Address2: 16
City: Oakland  State: CA  ZIP/Postal Code: 94606
Province:  Country: United States

The debtor is a transmitting utility.

## Secured Party: (Individual)
Last name: Kanagaratnam  First name: Theya  Middle name:  Suffix:
Address1: c/o 2316 Lakeshore Ave
Address2: 16
City: Oakland  State: CA  ZIP/Postal Code: 94606
Province:  Country: United States

This secured party is an assignor

## Secured Party: (Individual)
Last name: Kanagaratnam  First name: Theya  Middle name:  Suffix:
Address1: c/o 2316 Lakeshore Ave

Address2: 16
City: Oakland  State: CA  ZIP/Postal Code: 94606
Province:  Country: United States

## Secured Party: (Organization)

Name: THEYA KANAGARATNAM TRUST
Address1: c/o 2316 Lakeshore Ave
Address2: 16
City: Oakland  State: CA  ZIP/Postal Code: 94606
Province:  Country: United States

## Collateral

Description:
See attached collateral.

Real estate information:

Description of the real estate covered by this financing statement:
All tangibles, intangibles, properties, assets, Titles of all cumulative value of $100,000.00 (ONE HUNDRED THRUSAND DOLLARS) accepted on behalf of CITIBANK. All debts are pre-paid without recourse [Loan CFU-H-NO-000-WT, CUSIP: 34986P101]. REAL PROPERTY LOCATED AT: 2316 Lakeshore Ave, Unit 16 Oakland, California [94606]. All tangibles, intangibles, properties, assets, Titles of all cumulative value of $304,200.00 (THREE HUNDRED FOUR THROUSAND DOLLARS) accepted on behalf of Rocket Mortgage/Quicken. All debts are prepaid without recourse. [Loan 3312359019] REAL PROPERTY LOCATED AT: 2316 Lakeshore Ave, Unit 16 Oakland, California [94606].

Name of a record owner of above-described real estate (if debtor does not have a record interest):
Organization Name:
Individual Name: Theya Kanagaratnam
Address1: c/o 2316 Lakeshore Ave
Address2: 16
City: Oakland  State: CA  ZIP/Postal Code: 94606
Province:  Country: United States

## Optional Information

### Alternative designation:

In this financing statement, the terms "debtor" and "secured party" shall be read to mean: Bailee/Bailor

### Optional filer reference data/miscellaneous information:
Date: 03/30/2024 No Documentary Tax Stamp Required

# Theya Kanagaratnam Collateral

File name: TheyaKanagaratnamCollateral.pdf     Uploaded: 03/30/2024 01:38:04 PM

**COLLATERAL**

This is the entry of collateral by Trustee/Secured Party on behalf of the Trust/Estate: THEYA KANAGARATNAM TRUST in the Commercial Chamber under necessity to secure the rights, title(s), interest and value therefrom, in and of the Root of Title from inception as well as all property held in trust including, but not limited to DNA, cDNA, cell lines, retina scans, fingerprints, res, the energy and all products derived therefrom nunc pro tunc, contracts, agreements, and signatures and/or endorsements, facsimiles, printed typed or photocopied of owner's name predicated on the "Straw-wo/man," Ens legis/Trust/Estate described as the debtor and all property is accepted for value and is Exempt from levy. Lien placed on debtor entities is for all outstanding property still owed but not yet returned to trust from entities such as municipalities, courts, governments and the like, not on the trust entity itself. Trustee is not surety to any account by explicit reservation/indemnification. The following property is hereby registered and liened in the same: All Certificates of Birth Document Registration Number: 389921 [Sri Lanka] ]and CERTIFICATE OF NATIONALIZATION No. 21511479, INS Registration No. A28 935 476 [CUSIP: 09258N315], SSN UCC Contract Trust Account pre-paid account number 218193695, FRAN H07134432. Adjustment of this filing is in accord with both public policy and the national Uniform Commercial Code. Trustee/Secured Party, Theya:Kanagaratnam, is a living flesh and blood woman sojourning upon the soil of the land known as California, and not within the fictional boundaries, territories, nor jurisdiction of any fictional entity including fictional Federal geometric plane(s). Trespass by any agent(s) foreign or domestic, by such in any scheme or artifice is to defraud. Full reverence by ALL AGENTS and Corporations is unambiguous demanded and required Culpa est immiscere se rel as se non pertienti. All property currently held or outstanding belongs to the Trust administered by Trustee/Secured Party. Title 46 USC 31343 and Article 1 and 5 of the International Convention on Maritime Liens and Mortgages 1993. Held at the Palis Des Nations, Geneva, from April 19 to May 5, 1992 United Nations (UN). This Maritime Lien is under safe harbor and sinking funds provisions through the prescription of Law of Necessity and the doctrines of unconscionability and La Mort Saisit Le Vif in accordance with Applicable Law., Cardinal Orders, Ordinal Orders, and Commercial Standards.

All property belonging to the Debtor/Bailee belongs to the Secured Party/Bailor. Being of the age of majority, Secured Party exercises claim in recoupment for pledge and grant of bailment of person birth certificate, and all property (credit/value of a living soul) in state of infancy accepted by and delivered to debtors/bailees as consideration for active bailment by secured party. Declaration of Independence for the protection and defense of these self-evident truth, and; State as administrator and usufructuary and; Secured Party retains quiet enjoyment of property and persons with care and maintenance by usufructuary.

All tangibles, intangibles, properties, assets, Titles of all cumulative value of $100,000.00 (ONE HUNDRED THRUSAND DOLLARS) accepted on behalf of CITIBANK. All debts are pre-paid without recourse [Loan CFU-H-NO-000-WT, CUSIP: 34986P101].
REAL PROPERTY LOCATED AT: 2316 Lakeshore Ave, Unit 16 Oakland, California [94606].

All tangibles, intangibles, properties, assets, Titles of all cumulative value of $304,200.00 (THREE HUNDRED FOUR THROUSAND DOLLARS) accepted on behalf of Rocket Mortgage/Quicken. All debts are prepaid without recourse. [Loan 3312359019]
REAL PROPERTY LOCATED AT: 2316 Lakeshore Ave, Unit 16 Oakland, California [94606].

This finance statement covers as-extracted collateral. Description of the real estate covered by this financing statement: Reference INS Registration No. A28 935 476 CUSIP: 09258N315; AND COURT DOCKET No.(s) 3:23-CV-02637 [CUSIP: 52468T102], U.S DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA. Name of a record owner of above-described real estate (if debtor does not have a record interest): Organization: California State Department of Public Health Address1: Vital Records Certification Unit Address2: PO Box 997377, MS 0500 Sacramento, CA 95899-7377