

Theya Kanagaratnam, living woman
On the county at Large, alameda
Non-Domestic
c/o 2316 Lakeshore Ave. #16
Oakland, California [94606]
e-mail: theyak101@yahoo.com


### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION


THEYA PRAKASHINI KANAGARATNAM

Debtor                                          Case No:  24-40209

                                                Motion to Issue Order to Stop
                                                and Cancel Foreclosure
                                                Scheduled for July 23, 2024

                                                Judge:  William J. Lafferty


_____/


Good Morning Your Honor:


1, I, Theya Kanagaratnam, am the Secured Party Creditor and am appearing
Specially and not generally on behalf of the ESTATE also known as THEYA
PRAKASHINI KANAGARATNAM. I am not the Debtor for the named ESTATE.

2. I have supplied this court with my Naturalization Certificate and related CUSIP. I am currently in the Process of getting more of the paperwork in order. However, there are delays due to certain Authorities and Agencies requiring more time to complete this process and this time delays are beyond my control. **(Exhibit A & Exhibit B).**

In the interim, I request you to issue an order to stop the steal of my home, my only roof-over-my-head scheduled to be foreclosed on July 23, 2024.

3. Your Discharge Order Under your **Explanation of Bankruptcy Discharge in a Chapter 7 Case:** it states: However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile. I specifically object to this, as this gives the green light to the alleged Creditors USBank and its Servicer SELENE FINANCE to steal my property, my only roof-over-my-head as they have it scheduled to do so on July 23, 2024 through their substitute Trustee , MTC FINANCIAL DBA TRUSTEE CORPS **(Exhibit C).**

**4. I demand that US BANK and its Servicer SELENE FINANCE AND CITIBANK AND its Servicer CENLAR REBUT THE REQUEST FOR ADMISSIONS BY NEGATIVE AVERMENT AFFIDAVIT RESPONSIVE TO WRITINGS that was filed with this court on June 14, 2024 and Served to them via USPS Certified Mail (Exhibit D) Point-for-Point as this is extremely important to bring out the truth about who the real creditor is and whether or not the alleged creditors have standing to foreclose on my property.**

5. I further demand that the alleged Creditors US BANK and CITIBANK and Nominees render the full GAAP accounting, CUSIP, 1099 OID, and MoneyNet Daily Transfer Log 120 **(Exhibit E – See example from DOJ's Enron Case)** which will prove that they did not loan me their own money, but I extended my credit from the minor account at 31 CFR § 363.6, as all debts are prepaid without recourse.

6. It is incumbent upon the assigned Trustee to order the court/alleged creditors to produce the discovery for the MoneyNet Daily Transfer Log 120. Otherwise, there is grounds for further action against all those involved under the Kirtz S. Ct. Case, 18 USC § 2073, SEC 10b-5, 5 USC § 3331~3333 and 5 USC § 7311.

7. I have further supplied this court with evidence of multiple instruments I submitted to the alleged creditors to set off and discharge the alleged debt and all of which were received and kept by the alleged creditors and never returned back to me:

    a. I have supplied this court on March 19, 2024, evidence of a medallion stamped NOTE DRAFT BANK INSTRUMENT and a Bill of Exchange each in the amount of $70,000.00 to alleged creditor CITIBANK/CENLAR.

    b. I have supplied this court on March 19, 2024, evidence of a Bill of Exchange in the amount of $294,000.00 to alleged creditor US BANK /SELENE FINANCE.

I hereby, supply this court with further evidence of my Private Banker Certificate and the UCC filings related to the above instruments **(Exhibit F).**

    c. Moreover, I have supplied this court on May 20, 2024 with the Forensic Evidence Analysis / Administrative Process and evidence of discharge Bonds I submitted to the alleged creditors.

I ,hereby, move this court and demand the Judge, who is authorized to access my minor account or the U.S.A.G appear to properly setoff, settle, and discharge all the liabilities and balance the account to zero by Public Policy in accord with 31 USC § 5118(d)(1,2) and **order the alleged creditors US BANK and CITIBANK to cancel/release any liens and to Reconvey the title to my property back to me.**

**8. I ,hereby, move this Court and demand the honorable judge to issue an order to US Bank/SELENE FINANCE to stop and cancel the foreclosure scheduled for July 23, 2024 (Exhibit A & Exhibit B)**

I, Theya Kanagaratnam, declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct in accord with 28 USC § 1746(1).

Respectfully submitted:

Dated: July 3, 2024

By: _____
Theya Kanagaratnam,
living woman
Beneficiary,
Lender,
Creditor,
Secured Party,
Real Party In Interest,
Without Prejudice,
Without Recourse,
d/b/a THEYA KANAGARATNAM
d/b/a THEYA PRAKASHINI KANAGARATNAM

# EXHIBIT A

To Release Oneself From Any Presumption of Voluntary Participation In The Scam:

Some of the earlier pioneers have put tremendous amount of effort and energy and have completely dissected, the entire mechanism scraped down to the bone for everyone to see and here is an example of it:

What it amounts to is commercial fraud resulting in inland piracy and unlawful conversion of assets, all based on copyright and trademark infringement and identity theft.

The vexing question has always been, how to put an end to it? How to deliver an answer simple and inexpensive enough for the poorest and most ignorant people to benefit---- for if we leave anyone behind, we leave open the door for our own eventual re-enslavement.

Remedy has to be simple, cheap, easily understood, and easy to access. What is it?

For Americans I believe it is as simple as "surrendering the PERSON" provided by the UNITED STATES, INC., thereby releasing oneself from any presumption of voluntary participation in the scam.

But to whom? That is always the rub..... When one revokes an election to pay federal income taxes, one must notify the Commissioner of the Internal Revenue Service and the Commissioner of the IRS and now also the Commissioner of THE INTERNAL REVENUE SERVICE, past, present and future.....

Who do you notify when giving back the odious "gift" of a PERSON?

The absolute source of the PERSON(S) is the DEPARTMENT OF COMMERCE, so it makes sense to notify the SECRETARY OF COMMERCE--- but would you "surrender" a dangerous securitized PERSON to the SECRETARY OF COMMERCE? Isn't that a bit like handing Charles Manson over to Porky Pig?

No, a notice to the SECRETARY OF COMMERCE who creates these noxious fictions and a notice to the SECRETARY OF AGRICULTURE who holds the liens against them---- that makes practical sense as a "due notice" but they cannot logically be the official responsible for cashiering the PERSON.

The answer is in the 1934 Emergency Banking Act---- the Secretary of the Treasury, used to be Jacob Lew and now, Janet Yellen.

So that is the official responsible for "depositing" the PERSONS and we are the Bounty Hunters responsible for collecting and surrendering them as in "surrendering" a criminal or prisoner or in some cases, a coupon, voucher, or certificate......ah, a certificate, an insurance indemnity receipt......

This all goes back to whether you want to operate in commerce or in trade.

You are "gifted" with the PERSON, for example, JOHN MICHAEL DOE, to enable you to operate in commerce and thereby become subjected to federal regulation and federal taxation. Oh, jolly! We all wanted that, right? We were just never told anything about it and forced into it when we were still babes in our cradles and didn't have a clue what was going on. Our Mothers were never told, either, so they couldn't tell us.

Our identities and our property were stolen literally "like candy from a baby" and the criminals got away with misrepresenting our political status, too.

That's how little John Michael Doe became a ward of the UNITED STATES and became identified as a US CITIZEN operating the commercial "vessel" JOHN MICHAEL DOE.

That's how we were press ganged and enslaved by the Queen of England and the Roman Pontiff, even though they are both supposed to be acting as our International Trustees. The filthy vermin.

This is how we were forced to operate in commerce and fraudulently subjected to the foreign federal government under delegated powers. We granted them control of our commerce--- not our trade--- and this is how they contrived to beat us and rob us.

The absolute bottom-of-the-barrel criminals operating as ELIZABETH II (King Charles Now) and FRANCISCUS are still profiting from this, and we can prove it beyond a shadow of a doubt. They used their undeclared Foreign Agents, members of the Bar Associations, to implement this vile fraud against Americans and then also to collect the resulting unjust enrichment---- and we can prove that in spades, too.

They funneled their ill-gotten gains through the Bank of New York Mellon, laundered it through the Vatican Bank, and then after the Pope got his cut, sent it back via the Bank of Canada so the Queen got her bit of the heist, and left the remainder for the politicians in DC to cut up and parcel out bribes and kick-backs to the Territorial "states" and "counties" as "federal revenue sharing".

**Are you angry yet?  Title to your home and land and businesses has all been stolen by these vipers, even your DNA and your name has been stolen and copyrighted by these vicious prigs for their own benefit.**

But there IS a remedy. You get an authenticated STATE OF WHATEVER copy of "YOUR" BIRTH CERTIFICATE and shove it up their rear by writing a few things in red ink on it and sending Mr. Mnuchin a Notice of Fiduciary Relationship otherwise known as IRS Form 56.

In my case, I am in the Process of getting my Certificate of Naturalization Authenticated. Due to delays in giving in appointment by the US Citizenship and Immigration Services, It is taking time for me to complete this process as well as number of other additional steps.

And that is the end of JOHN MICHAEL DOE and all "HIS" bogus debts, which you have been forced to pay off all your life. You have returned him whence he came and there can no longer be any presumption that you are knowingly, willingly, "voluntarily" playing this game in which you give them everything and receive nothing but their debts in return.

When "JOHN MICHAEL DOE" goes down the tubes, so does the JOHN M. DOE (bankrupt) Public Transmitting Utility set up by fake presidents. Be sure and tell Ms. Yellen that you want the entire "US CITIZENSHIP ORGANIZATION" liquidated and credited to The United States of America account without recourse.

Send a cover letter along with the IRS Form 56 "Notice of Fiduciary Relationship" to Ms. Yellen and instruct her to open your credit account.

This credit is what is owed to you and your ancestors who were bilked. When you do this, the so-called "National Debt" is offset by the actual National Credit.

The Internal Revenue Service is the agency responsible for returning your credit and titles to your land and all your other property and is also responsible for prosecuting the rats who promulgated the unlawful seizure of your private assets to pay their public debts.

Tell Ms. Yellen that your claim is indemnified under subrogation by Private Registered Indemnity Bond and Payment Bond .

An effort needs to be mounted to force the immediate issuance of credit cards related to these accounts to the people who have been defrauded and abused all these years so as to expedite their timely receipt of credit due and put a stop to any further false claims and inconvenience resulting from the continued billing of utility and other bills to JOHN MICHAEL DOE and JOHN M. DOE and whatever other fictions they can dream up and offer as voo-doo doll DEBTORS.

The members of the "Congress" need to be truly lit up with the news that this fraud is at an end.
As for all the rest, report it to the Internal Revenue Service.

In Foreclosure? Facing criminal "charges"?

These vermin have been double-dipping and robbing you and not reporting the "extra" income. They've been making false claims on abandonment and seizing hidden escrow bond accounts held in your NAME. They've been "securitizing" you as a slave, right down to your DNA and your name and selling "YOU" on the open market.

The Roman Pontiff's private Bill Collectors duded up and impersonating judges so as to

provide "an appearance of justice" under "Federal Rules of Civil Procedure"---har, har, har!----

have been eating out our substance like moths for decades and not paying their taxes.

Imagine that?

Sounds like the Internal Revenue Service ought to be notified.

# EXHIBIT B

# Establishing UCC CONTRACT TRUSTS

The IRS will use one, or both, of two types of accounts in processing NEGOTIABLE DEBT INSTRUMENTS by way of the domestic financial institution's **Treasury Tax and Loan account,** sometimes referred to as TT&L account, which is administered under the Technical Support Division (TSD) of the IRS through Chief of Special Procedure Handling at a Federal Reserve Regional Office – **OR** – through the **UCC Contract Trust Account,** which is processed through the TT&L account and administered by the **IRS Analysis and Control Division,** also under the **Technical Support Division** of the **IRS.**

The process begins when a **Secured Party** presents a NEGOTIABLE DEBT INSTRUMENT to the Secretary of the Treasury with a copy of same stamped "**Accepted for Value**" (a Banker's Acceptance of Charging Instrument) presented for **DISCHARGE** of a **DEBT** (discharge of NEGOTIABLE DEBT INSTRUMENT).

This copy of the **NEGOTIABLE DEBT INSTRUMENT stamped, or diagonally endorsed by hand,** is a "Bankers" acceptance of debt and becomes **Ratification of Commencement (a bona fide Claim)** of the action by, and joinder to, the substitution, or subrogation of, the **real party in interest** by Claimants' "person" in commerce; and such ratification, joinder, substitution or subrogation shall have the same effect as if the action had been commenced in the name of the real party in interest (that cannot enter commerce).

**ALL UCC** and **Bill of Exchange** documents are routed to the **IRS, Room 1120, 1111 Constitution Ave - NW, Washington, D.C. 20224** under the administration of Felix Zech.

This is the **Analysis and Control Division of the IRS.** These documents are scrutinized by the Secret Service, the FBI and Justice Department. **The Analysis and Control Division has stated that these are designated as "UCC Contract Trusts."**

The "**UCC Contract Trusts**" are distinct and separate from "Direct Treasury Accounts", which are used exclusively for trading in Treasury Bonds that are administered by the Bureau of Public Debt. Many of the **UCC** and **Bill of Exchange** documents received at 1500 Pennsylvania Ave NW are misdirected to the Bureau of Public Debt. One major error is that many filers reference a Treasury Direct or Direct Treasury account in their documents.

At the Analysis and Control Division of the IRS Building in District of Columbia. **UCC Contract Trusts** are **processed** and then routed to one of two IRS Centers **if it is to be used for DISCHARGE.** For **EAST of the Mississippi** they are routed to **Cincinnati, Ohio. WEST of the River** they are sent to Fresno, California. **NOTICES discharging IRS claims EAST of the Mississippi** are also to be sent to **Joseph Kehoe, CSB/SPF, of the IRS in District of Columbia. WEST of the River they are to be sent to Gary Sterr, WRM/SPF, Seattle, Washington.**

Current reports indicate that **UCC** files and paperwork are scrutinized by the Secret Service, the Justice Department, FBI, routed to the CID, then to the IRS Technical Support Division (TSD) in the state from where the Secured Party initiated the **Discharge.** Copies of these documents are also forwarded to the Department of Justice, Tax Division in D.C.

Here are some important details regarding the administration and function of the Technical Support Division:

Almost every financial institution connected with the Federal Reserve System has in its register or has contracted access to an **IRS account** known as a Treasury Tax and Loan account (TT&L).

The TT&L account in each financial institution is administered from the Technical Support Division office located in most state offices of the IRS. As a result of IRS internal reorganization the Technical Support Manager (TSM) in each State Divisional Office of the IRS has been assigned the authority formerly assigned to the District Director.

When a "NOTICE of Levy/Lien" is presented to any financial institution by the IRS (usually by fax) the financial institution usually responds routinely by making a simple entry in their computer transferring the asset from the depositor's account to the IRS TT&L account. THE ASSET DOES NOT PHYSICALLY LEAVE THEIR OFFICE. A few financial institutions do not have TT&L accounts. They place a **21 day hold** on the funds and then forward the amount demanded directly to the IRS.

**Discharging Claims** in the public sector (bank claims) and with the IRS through the UCC Contract Trust can be accomplished by the Secured Party with **presentment of Bonded Registered Bill of Exchange directly to the Secretary of the Treasury.** When an assessment (claim) is made by the IRS or a federal or state taxing agency, the claim can be stamped "Accepted For Value" by the Secured Party and sent via Certified (or Registered) Mail to the Secretary of the Treasury for discharge [SEE 3 paragraphs below beginning "The NUMBER"]. **These**

transactions all become "bonded" when they are processed through the Federal Reserve System and/OR the Department of the Treasury. This action is documented and authorized through **Public Policy HJR-192, Title IV, Sec. 401** of the Federal Reserve Act, the Supreme Court's confirmation in *Guaranty Trust of New York vs. Henwood*, et al (1939) and Public Law 73-10. Such action is further confirmed in USC Title XII, Title XXVIII, Sec. 1641, 3002 and the Foreign Sovereign Immunity Act.

Those who properly file in their birth state or UCC Region establish the distinct and separate identity of the Secured Party apart from the Debtor (Strawman). **Presenting that filing along with the Instruction Order (Chargeback), the IRS 1040 ES form and the "Accepted For Value" stamped birth certificate notifies the Secretary of the Treasury that the Secured Party is now established with a prior, superior claim on all assets and liabilities of the Debtor. The liabilities can then be presented to the Secretary of the Treasury for processing and discharge through the UCC Contract Trust.**

A written, contracted, acknowledged claim received by the Debtor (Strawman) can be "Accepted For Value" by the Secured Party and discharged when properly presented through the Secretary of the Treasury to the UCC Contract Trust on file with the Analysis and Control Division of the IRS.

The **NUMBER** (which becomes the **UCC Contract Trust** and the **TT&L Account Number**) from a **Certified Mail Green Card** (form **3811**) showing the date of acknowledgement provides the Secured Party (and, all other (bankers) parties) with evidence that the Secretary of the Treasury has received the documents. If there is no written dishonor or return after 15 calendar days from the Certified Mail receipt date, then the transaction is acknowledged as "**not dishonored**" and now stands as **Pre-Approved**. These documents become the notification forms of **CREDIT for the Bank**. It is during this 15 day period that the UCC Contract Trust Account of the **Secured Party** is **CREDITED** and its equity is pre-approved for acceptance through the TT&L Account. This credit step is in accord with and mandated by the Administrative Procedures Act at 5 USC 706.

**15 calendar days** from the date stamped on the green card returned from the Secretary of the Treasury the Secured Party or the Claimant is authorized to tender COPIES of the following documents to the processing Bank: 1) **a copy of the return Certified Mail receipt, a copy of the NEGOTIABLE DEBT INSTRUMENT, a stamped copy of the NEGOTIABLE DEBT INSTRUMENT**, and, **in certain cases**, a Silver Surety Bond (to be posted at the processing bank in accordance with CFR 31 at Part 203) to a custodial deposit account.

Upon receipt of these documents, the Bank is legally authorized to place a credit on its TT&L with the amount of the NEGOTIABLE DEBT INSTRUMENT, followed immediately by a debit to its TT&L account by the equal amount shown on the NEGOTIABLE DEBT INSTRUMENT. These credit/debit transactions are initially unfunded at this point, however, they pave the way for the flow of equity from the Secured Party's UCC Contract Trust Account, through the TT&L account, to the Bank.

Three previously prepared identical packages of documents consisting of copies of: a copy of the return Certified Mail receipt, the credit/debit transactions, the stamped NEGOTIABLE DEBT INSTRUMENT, copy of the NEGOTIABLE DEBT INSTRUMENT, and the Silver Surety Bond (where applicable), to the 3 Parties of Interest: 1) Secretary of the Treasury, 2) IRS Chief of Special Handling Procedures, and 3) Chief of Special Procedure Handling at the office of the Regional Administrator of the TT&L account in the Bank's registry are then mailed out by the processing bank. The Bank transmits each package in a way that provides legal dated proof of receipt dates for each of the three document transmissions. On occasion, a 4th copy may be required to be sent to the Secretary of Transportation through the **Maritime Ministries Administration**.

15 days after the last receipt comes in, **CREDIT** from the UCC Contract Trust Account (already authorized by the Secretary and the Technical Support Division), funds flow through the TT&L to the Bank's HOLDING ACCOUNT. **The Bank will receive no written notice of CREDIT**. If there is no objection, rejection, or dishonor from any Party at Interest within 15 days after last receipt, then the **CREDIT** that is already on the Bank's ledger is **authorized as Approved and Irreversibly Funded**. This is in accordance with and mandated by the Administrative Procedures Act at 5 USC 706, Federal Banking Regulations, the Supreme Court decision in *HALLENBECK* v. *LEIMERT*, and the Erie and Clearfield doctrine (by Congressional and Presidential approval).

With the expiration of the hold period the Bank's equity is cleared and validated by electronic extraction from the Secured Party's UCC Contract Trust Account. The Bank must then promptly transfer this equity to the account of the Claimant or that of the Secured Party for the intended purpose to discharge the claim (or, place into an investment account).

The **basis for this process is an obligation that the United States** has bound itself to and provided statutory law supporting. The Supreme Court decision "*Guarantee Trust Co. of New York* v. *Henwood et al*" 59 S. St. 847 (1939) proved that all the above is in effect.

Those in responsible positions at banks cannot lawfully deny, dishonor, or delay the processing of such valid NEGOTIABLE DEBT INSTRUMENTS that are properly submitted for a legitimate purpose; such NEGOTIABLE DEBT INSTRUMENTS constitute valid legal tender.

Observe that the process operates entirely under the purview of the Secretary of the Treasury and the Technical Support Division of the IRS. Neither the Bureau of Public Debt nor the United States Treasury itself is involved in any way nor at any stage of this process; also, Bank Alert Notices referring to the Bureau of Public Debt of the United States Treasury do no apply to this **UCC Contract Trust NEGOTIABLE DEBT INSTRUMENT**. Therefore, banks cannot lawfully discriminate and deny the processing service of valid NEGOTIABLE DEBT INSTRUMENTS to their depositors on the basis that they are "not interested, not setup for it, unfamiliar with the processing of NEGOTIABLE DEBT INSTRUMENTS , or the opinion that all NEGOTIABLE DEBT INSTRUMENTS are the same". You see, they are "licensed" and bonded to do the "job" they are **contracted** to do. **All is under contract law**.

Since 1933, the United States has accepted these non-cash accrual exchanges as a matter of law and equity (HJR 192, P.L. 48 at 112 and 73-10 are still in effect.) Other public policy directives and the Supreme Court decision GUARANTEE TRUST CO. OF NEW YORK v. HENWOOD et al 59S. Ct. 847 (1939), show these NEGOTIABLE DEBT INSTRUMENTS as public policy REMEDY for the removal of gold and silver coinage. Properly tendered NEGOTIABLE DEBT INSTRUMENTS place subordinate public officials (to the Secretary of the Treasury) in a position where they MUST then legally acknowledge and accept the Secretary's authority and the validity of these Instruments. Those in responsible positions at "licensed" financial institutions cannot lawfully deny, dishonor, or delay the processing of such valid NEGOTIABLE DEBT INSTRUMENTS.

Banks are private corporations, but they are also quasi-public as evidenced by their involvement with FDIC, TT&L Tax Accounts, Government CD's, and operate under the authority of Federal Banking Regulations. Therefore, banks cannot lawfully discriminate and deny the processing service of NEGOTIABLE DEBT INSTRUMENTS.

## CAVEAT

BE INFORMED, **any actor, agent, or fiduciary who delays, restricts, or otherwise prohibits the movement** of a Negotiable Debt Instrument in its lawful progression* destined to, or for, the Holder In Due Course, Secured Party, or Claimant must show cause why a **Contempt Charge**** should not issue against him/her in his/her/their True Character, or suffer the consequences of said action, or lack of action.

It is noted that said actors, agents, and fiduciaries are subject to the self-executing regulations of the 3rd and 4th sections of the **14th Amendment** whereby their offices are vacated and their salaries and retirement benefits are extinguished when they do not perform the duties and obligations of said offices.

* Established in 1933 under HJR 192 and exercised by actors, agents, and fiduciaries of every commercial transaction by commercial banking institutions since that date with the "Abrogation of the Gold Clause".

** Damages equal to double the amount of the Negotiable Debt Instrument (under civil action) or triple the amount of the Negotiable Debt Instrument (under Admiralty Jurisdiction. **The Contempt Charges would be based upon USC Title 15 sections 1 & 2.**

# EXHIBIT C



## Property Search Detail

| | |
|---|---|
| Status: | Postponed to: 07/23/2024 by Bankruptcy |
| APN: | 023-0415-036-00 |
| TS Number: | CA08000646-23-1 |
| Sale Date: | 07/23/2024 |
| Sale Time: | 12:00 PM |
| Sale County: | ALAMEDA |
| Property Address: | 2316 LAKESHORE AVE APT 16<br>OAKLAND, CA 94606 |
| Sale Location: | At the Fallon Street emergency exit to the Alameda County Courthouse, 1225 Fallon St., Oakland, CA 94612 |

**NOTE TO ANY ELIGIBLE POST SALE BIDDERS:** If the property is subject to CA Civil Code §2924f and 2924m and you are an eligible post sale tenant buyer or eligible post sale bidder as defined in CA Civil Code §2924m you must timely send your written notice of intent to bid and/ or a post-sale bid to the trustee, **Trustee Corps,17100 Gillette Ave., , Irvine, CA, 92614** as required pursuant to CA Civil Code § 2924m. This NOTE is provided solely for the purpose of providing the trustee's mailing address and should not be taken as legal advice. If you think you may qualify as an eligible post sale tenant buyer or eligible post sale bidder you should consider contacting an attorney or appropriate real estate professional for advice.

## Nationwide Posting & Publication
*A Division of First American Title Insurance Company*

Home | Services | Contact | Trustee Sale Information | Login | Privacy Policy

First American Title Insurance Company, and the operating divisions thereof, make no express or implied warranty respecting the information presented and assume no responsibility for errors or omissions. First American and the eagle logo are registered trademarks or trademarks of First American Financial Corporation and/or its affiliates.

©2024 First American Financial Corporation and/or its affiliates. All rights reserved.

## Privacy Notice

This website uses cookies and similar technologies to manage your sessions, manage content, and improve your website experience. To learn more about these technologies, your options, and about other categories of personal information we collect through this website and how we may use it, please see our Privacy Policy.

I Understand

# EXHIBIT D

## Certificate of Service

The foregoing **REQUEST FOR ADMISSIONS BY NEGATIVE AVERMENT AFFIDAVIT RESPONSIVE TO WRITINGS OF ALLEGED CREDITORS US BANK AND CITIBANK,**
was placed into USPS certified mail for service listed hereafter on or about this 14th day of June 2024:

US BANK
c/o John Stern, CFO
800 Nicollet Mall
Minneapolis, MN 55402-7014
*****************************************
CERTIFED MAIL RESTRICTED DELIVERY
9589 0710 5270 1005 6112 29
*****************************************

CITIBANK
c/o Mark Mason, CFO
388 Greenwich St.
New York, NY 10013
*****************************************
CERTIFED MAIL RESTRICTED DELIVERY
9589 0710 5270 1005 6112 36
*****************************************

DATED this 14th day of June, 2024

By: *theya: Kanagaratnam*
Theya Kanagaratnam, living woman
Beneficiary,
Lender,
Creditor,
Secured Party,
Real Party In Interest,
Without Prejudice,
Without Recourse,
d/b/a THEYA KANGARATNAM

# USPS Tracking®

**FAQs >**

**Tracking Number:**

## 9589071052701005611229

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 9:27 am on June 21, 2024 in MINNEAPOLIS, MN 55402.

**Remove ✕**

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Left with Individual**

MINNEAPOLIS, MN 55402
June 21, 2024, 9:27 am

**See All Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

**See More ∨**

Track Another Package

Enter tracking or barcode numbers

1 of 2

7/3/2024, 8:18 AM

# USPS Tracking®

FAQs >

**Tracking Number:**                                                                    **Remove** ✕

## 9589071052701005611236

Copy          **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 4:13 pm on June 24, 2024 in NEW YORK, NY 10013.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

NEW YORK, NY 10013
June 24, 2024, 4:13 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

**See More** ⌄

Track Another Package

Enter tracking or barcode numbers

The enclosed **REQUEST FOR ADMISSIONS BY NEGATIVE AVERMENT AFFIDAVIT RESPONSIVE TO WRITINGS OF ALLEGED CREDITORS US BANK AND CITIBANK,** was placed into USPS Certified Mail Restricted Delivery for service on or about this 14th day of June 2024 To:

SELENE FINANCE
c/o Robert Lay, CFO
3501 Olympus Blvd., Suite 500
Dallas, TX 75019
****************************************
CERTIFED MAIL #
9589 0710 5270 1005 6112 50
****************************************

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

## APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

## ACCOUNT NO.: 2005026956, 000128-00000-000002-000256 2067701 4595LT01_1, MIN# 100039033123590196, Date 05/24/2013

**The enclosed was Served to your Principal US BANK c/o John Stern, CFO via USPS Certified Mail Restricted Delivery for service USPS Certified Mail # 9589 0710 5270 1005 6112 29 on or about this 14th day of June 2024 and awaits your response.**

# USPS Tracking®

**FAQs** ⟩

**Tracking Number:**

## 95890710527010005611243

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Remove** ✕

### Latest Update

Your item was delivered to an individual at the address at 11:45 am on June 20, 2024 in TRENTON, NJ 08618.

---

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**

TRENTON, NJ 08618
June 20, 2024, 11:45 am

**See All Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

**See More** ⌄

Track Another Package

Enter tracking or barcode numbers

Case: 24-40209    Doc# 34    Filed: 07/03/24    Entered: 07/03/24 13:52:13    Page 20 of 31

The enclosed **REQUEST FOR ADMISSIONS BY NEGATIVE AVERMENT AFFIDAVIT RESPONSIVE TO WRITINGS OF ALLEGED CREDITORS US BANK AND CITIBANK,** was placed into USPS certified mail for service listed hereafter on or about this 14th day of June 2024:

**To:**
CENLAR FSB
c/o David Schneider, CFO
425 Phillips Blvd.
Ewing, NJ 08618
*************************************
CERTIFED MAIL #
9589 0710 5270 1005 6112 43
*************************************

# NOTICE TO AGENT IS NOTICE TO PRINCIPAL
# NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052701005611250

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:16 pm on June 24, 2024 in COPPELL, TX 75019.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

COPPELL, TX 75019
June 24, 2024, 2:16 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

**See More** ⌄

Track Another Package

Enter tracking or barcode numbers

Case: 24-40209    Doc# 34    Filed: 07/03/24    Entered: 07/03/24 13:52:13    Page 22 of 31

# EXHIBIT E

```
DATE: 04/09/01                        MONEYNET DAILY TRANSACTION LOG.  REPORT 120               TIME: 20:04
SEQUENCE NUMBER:    010409004710    ASSOC. SEQ. NUM. :                 MATCH SEQ. NUM. :         MESSAGE SOURCE:
    OWNING RBU:    CENTRAL                           * ROUTING INFORMATION *
                        ABA          NAME                                    ABA          NAME
    SOURCE BANK: 111000025         BK AMERICA TX            TARGET BANK: 114000093         FROST SAN ANTONIO
        WIRE-KEY: FWOF000601                        COMMLOG KEY: FWOF   0104091006363000     TESTCODE STATUS: 00
      TRAN TYPE: DR OUTGOING WIRE TRANSFER         INTERNAL TRAN CODE: 2731501000            TRAN CODE:
    TRAN STATUS:  DRCR  XMIT  HOST
    DR AFFILIATE CODE: 100       CR AFFILIATE CODE: 100
    REPEAT CODE:                              CALLER NAME: FES/000000000 V CARPENTER
          NOTIFY: NCNB TEX
      WAIVE FEES: N
        PROBLEMS:                      RESOLUTIONS:        EXCEPTION REASON: NONE
                                           * FINANCIAL INFORMATION *
    CREDIT ACCT: 001010500004250   FEDERAL RESERVE BANK OF DALLAS             CREDIT INTEREST ACCT:
     DEBIT ACCT: 000002662530707   KENNETH L OR LINDA LAY                     DEBIT INTEREST ACCT:
    AMOUNT SENT: $    60,000.00   AMOUNT RECEIVED: $       .00  PRINCIPAL: $    60,000.00  INTEREST: $        .00
          RATE:       /     RATE FLAG:      LOAN TERM:    DAYS: 000   AVAILABLE: SAME  COLLATERAL:      VALUE DATE: 04/0!
                                            * FEDWIRE MESSAGE FORMAT *
                      BK AMERICA TX    /ORG=KENNETH L OR LINDA P LAY OGB=KENNETH L OR LINDA LAY;HOUS
                      FROST SAN ANTONIO /CTR/BBK=SAN ANTONIO  TX BNF=PHOTOFETE INC/AC-530006378 RFB=00
                      21304090100150 OBI=REF KENNETH L LAY


MONEYNET FLAGS:E R T P I V N U C Z F D * * * X
    EVENT INIT: 0 0 1 0 0 0 1 0 0 0 0 0 0 0                        DNYMC FLGS: B0000000000000001
    EVENT COND: 0 0 0 0 0 0 0 0 0 0 0 0 0 0                      INPUT OPTIONS: B0000000000000000
TRANSACTION HISTORY INFO:              TIMESTAMP               OPER ID        INITIALS    TERM ID
                 ENTRY:          04/09/01 10:04          BATCH INPUT           BWI        BWI
    TRANSMIT TIMESTAMP:          04/09/01 10:06          RETURN TIMESTAMP:
       010409004711
```

BOA/FBI/LAY: 35092



GOVERNMENT
EXHIBIT
24370
Crim No. H-04-0025

# EXHIBIT F

CERTIFIED

CERTIFIED

*Crettus H. Clay, PBBNA Treasurer*

**Private Bankers Bank,**
**National Association**
**Common Law Bank**
*Registered Certificate #A00001714*
*Lifetime Member since 24 November 2022*

This is to certify that **THEYA KANAGARATNAM** is a Legal Private Banker, Creditor, National Bank pursuant to UCC <u>31 U.S.C. §5312(2)(C)</u> and an authorized member of the State Registered Private Bankers Bank, National Association and Day Global who processes Registered New Credit Agreement Debt Lien Payoff Securities pursuant to <u>banking law, U.C.C. Articles "3" "8", and S.E.C. Ruling Security Law</u> to be used as money, "Tender in Payment" Discharge of all debts assigned to the Account and Security Obligations of the United States due the American people; whose private property is at risk to collateralize the government's debt and currency, by legal definitions, a <u>**"National Banking Association"**</u>. Such credit agreements written and issued against the Account and Security Obligations of the United States to the public debt due its Principals and Sureties are <u>required by law to be accepted as **"Legal Tender of Payment" Discharge** of all presumed debts public and private,</u> and are defined in law as <u>**"Obligations of the United States"**</u>, on the same par and category with Crypto Currency, Federal Reserve Notes, Mortgage NOTES; Cash, Checks, Bank Checks, Wire Transfers, Bank Transfers, Electronic Funds Transfer, Certified Checks, Treasurer's Check, Money Orders, U.S. Currency, credit applications/agreements, and other currency per the 73rd Congress, March 9 1933 United States Bankruptcy; and **Federal Reserve Act 1913 §16 §18**. Our "money" is the people's credit. This Private Banker is NOT AUTHORIZED to Process Any Securities of which is the lawful, legal, and intellectual property of Day Global and DG Processing Enterprise.

<u>Congressional Legislative Positive Banking Law, 12 USC §24 Seventh</u>; <u>Title 18 U.S.C. §8</u>; <u>Public law and Public Policy 73-10, Chapter 48 Stat §112, §113</u>; <u>Title 31 U.S.C. §3123</u>; <u>31 U.S.C. §5103</u>; <u>Negotiable Instruments Act; Securities Act § 2(1), 3(a)(3)</u>; United States Supreme Court <u>"common law of the land"</u>; by all Treaty Law including <u>Hague Convention on contracts, Geneva Convention Treaty, League of Nations</u> that became <u>UNITED NATIONS CONVENTION ON INTERNATIONAL BILLS OF EXCHANGE & INTERNATIONAL PROMISSORY NOTES (UNCITRAL)</u>, and the <u>Universal Postal Union</u> headquartered in Bern, Switzerland). <u>UCC Title 18, Part 1, Chapter 1, §1, §8</u>; by legal and statutory definition (<u>U.C.C. 4-§105, 12 CFR §229.2, §210.2 and Title 12 U.S.C. §1813</u>) as Legal "Tender in Payment", "Lawful Money" per <u>Title 12 U.S.C. §411 and Federal Reserve Act §16, §18</u>; written and issued under State License Authority of the United States Code <u>31 U.S.C. §392 and §5103</u>, which officially defines these Credit Agreement Securities as statutory legal tender in payment Bank money obligation of THE UNITED STATES to pay, and are written and issued in accordance with <u>31 U.S.C. §3123</u>; <u>U.C.C. Articles 3, 8, and 9</u>; <u>FEDERAL RESERVE ACT §16,§18</u>. Legal and Valid State Processing License and Banking Laws establish and provide for these security issuance as <u>"PUBLIC POLICY"</u> in remedy and relief for discharge of equity interest recovery all portions reducing the public debt by the security face amount to its Creditors, Principals, and Sureties bearing the Account and Security Obligation of THE UNITED STATES to pay. These registered Credit Agreement Securities are Tender in Payment for all debts. <u>All offers are accepted for honor pursuant to 40 Stat §411, Section 7(e) and 50 USC 4305 (B)(2)..</u>

**Private Bankers Bank, N.A. – Established 2012 - REGISTERED No. 2018187629**



_Theya Kang_ (signature)

THEYA KANAGARATNAM

# ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the security to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

state: of California

Alameda County

Subscribed and sworn to or (affirmed) before me on this 15ᵗʰ day of _December_ , 20 22 ,

By: _Theya Kanagaratnam_

Name of Signer.



RAYMOND KIM
Notary Public - California
Alameda County
Commission # 2403501
My Comm. Expires May 6, 2026

Proved to me on the basis of satisfactory evidence to be the person who apeared before me.

Signiture: _____

Signature of Notary Public.

Seal

(Place Notery Seal Above)

VOID WHERE PROHIBITED BY LAW All offers are accepted for honor pursuant to 40 Stat 418, Section 7(e).

This Negotiable ARTICLES III and VIII SECURITY LEGAL TENDER and U.S. CURRENCY being presented by this registered Private Banker is full settlement, discharge, final set off, and final payoff of all claimed debts and credit agreements per U.C.C. 2-§304; Title 12 U.S.C. §1813(L), Title 12 U.S.C.§24, Seventh; Title 31 U.S.C. §463, §5103, §5118(d)(2), §5312

Public Law 97-258; Title 18 U.S.C. §8; I.R.S. Code §1.1001-14653CCH; and FEDERAL RESERVE ACT §16; All offers are accepted for honor pursuant to 40 Stat 418, Section 7(e).,

# UCC-1 Form

## FILER INFORMATION

*Full name:* **THEYA KANAGARATNAM**

*Email Contact at Filer:* THEYAK101@YAHOO.COM

## SEND ACKNOWLEDGEMENT TO

*Contact name:*

*Mailing Address:* **2316 LAKESHORE AVENUE, UNIT #16**

*City, State Zip Country:* **OAKLAND, CA 94606 USA**

## DEBTOR INFORMATION

*Org. Name:* **THEYA KANAGARATNAM, ESTATE**

*Mailing Address:* **2930 DOMINGO AVENUE #1025**

*City, State Zip Country:* **BERKELEY, CA 94705 USA**

## SECURED PARTY INFORMATION

*Last Name (i.e. Family Name or Surname):* **KANAGARATNAM** *First Name:* **THEYA**

*Mailing Address:* **2316 LAKESHORE AVENUE, #16**

*City, State Zip Country:* **OAKLAND, CA 94606 USA**

## TRANSACTION TYPE: TRANSMITTING UTILITY
## ALTERNATIVE DESIGNATION: BAILEE-BAILOR
## COLLATERAL IS HELD IN A TRUST

## COLLATERAL

DEBTOR OF RECORD, THEYA KANAGARATNAM, IS NOW REGISTERING INTO THE COMMERCIAL DOMESTIC PUBLIC FOR THE FOR PAYOFF, DISCHARGE, EXTINGUISHMENT OF CURRENT AMOUNT OF CLAIMED DEBT, RECOUPMENT, AND SETTING UP MY PERSONAL DIRECT TREASURY TRUST (UCC CONTRACT) ACCOUNT AT THE DEPARTMENT OF THE TREASURY UNDER REGULATION J, FEDERAL RESERVE, REG. Z –TRUTH IN LENDING, 12 USC 226 1 ET SEQ AS A NATIONAL UCC1 ACCOUNT REGISTERED PRIVATE BANKER WITH PRIVATE BANKER # A00001714 PURSUANT TO 31 USC §5312(2)(C); A NEW CREDIT AGREEMENT DEBT LIEN PAYOFF CONTRACT SECURITY NOTE DRAFT BANK INSTRUMENT SERIAL NUMBER 0002671714 WITH $294,000.00; AND A BILL OF EXCHANGE BANK INSTRUMENT TO BE PAID TO ABN AMRO, QUICKEN LOANS, MERS, SELENE FINANCE LP, OR U.S. BANK TRUST NATIONAL ASSOCIATION, OWNER WITH THE INTENTION TO EXTINGUISH CLAIMED DEBT NOTE, DEBT RECORDED SECURITY, STATE OR IRS CLAIMED TAXES, BACK CHILD SUPPORT, ALL CREDIT APPLICATIONS, AND ALL ALLEGED AND PRESUMED PERSONAL, BANK, LENDER, OR FINANCIAL LOANS OR DEBTS. THE REGISTERED BILL OF EXCHANGE – (BA-TIME DRAFT) BANK INSTRUMENT, AND NEW CREDIT AGREEMENT DEBT LIEN PAYOFF CONTRACT SECURITY NOTE DRAFT BANK BUSINESS INSTRUMENTS USED AS FRN MONEY NOW HOLDS A DEPARTMENT OF THE TREASURY – PERSONAL DIRECT TREASURY (UCC CONTRACT) LEDGER # 0000937 WITH ACCOUNT # RE 075 083 485 US, THE PROCESSING OF WHICH SHALL DISCHARGE AND EXTINGUISH THE ENTIRE CURRENT DEBT AMOUNT STATED ON ANY CLAIM HEREIN ACCEPTED FOR CONSIDERATION VALUE BY LAW. THESE NEGOTIABLE BANK INSTRUMENTS ARE PRESENTED UNDER AUTHORITY OF PUBLIC LAW 73-10, CHAPTER 48 SECTIONS 112, 113, UCC3-104(C), TITLE 3 U.S.C. §604, 18 USC §8, SPENCER V STERLING BANK, 63 CAL AP. 4TH 1055 (1998), GUARANTY TRUST CO. OF NEW YORK V HENWOOD ET AL, 59 S.CT.847, PHYLLIS HORACE VS. LASALLE BANK NATIONAL ASSOCIATION, ET AL (2011), WELLS FARGO V CARIGLIANO (2010), HIGHLAND CAPITAL MGMT. V. SCHNEIDER; IS TO BE PAID AS AN ACCOUNT AND SECURITY OBLIGATION OF THE UNITED STATES, UNICRAL CONVENTION ON BILLS OF EXCHANGE AND PROMISSORY NOTES, AND WITKIN NEGOTIABLE INSTRUMENTS, VOL 3 (2001 SUPPLEMENT) ON THIS FILED UCC CONTRACT TRUST ACCOUNT. THIS IS NOT A TREASURY/BOND ACCOUNT. ABN AMRO, QUICKEN LOANS, MERS, SELENE FINANCE LP, OR U.S. BANK TRUST NATIONAL ASSOCIATION HAS NEVER FILED A UCC1 TO ACCEPT OR VERIFY ANY DEBT AS REQUIRED BY LAW, CODE, AND STATUTES. I AM THE SECURED PARTY, BENEFICIARY, TRANSMITTING UTILITY, BAILEE/BAILOR, CREATOR, CREDITOR, AND PRINCIPAL OF CLAIMED DEBT PURSUANT TO LAW, POLICY, AND LEGAL DEFINITIONS. ALL OFFERS ARE ACCEPTED FOR HONOR PURSUANT TO 40 STAT §411, SECTION 7(E), 50 USC §4305(B)(2), FEDERAL RESERVE ACT §§16 AND 18, "TITLE 12 USC §24, SEVENTH BANKING BUSINESS LAWS."

# UCC-3 Form - AMENDMENT

## AMENDMENT ACTION - COLLATERAL ASSIGN
### Original File Number: 202396590170

## FILER INFORMATION

*Full name:* THEYA KANAGARATNAM

*Email Contact at Filer:* THEYAK101@YAHOO.COM

## SEND ACKNOWLEDGEMENT TO

*Contact name:*

*Mailing Address:* 2316 LAKESHORE AVENUE, UNIT 16

*City, State Zip Country:* OAKLAND, CA 94606 USA

## NAME OF THE SECURED PARTY OF RECORD AUTHORIZING THE AMENDMENT:

**CUSTOMER REFERENCE:** MORTGAGE NOTE AND MORTGAGE DEBT LIEN CONTRACT PROPERTY SATISFACTION/RELASE

## COLLATERAL

DEBTOR OF RECORD, THEYA KANAGARATNAM, HEREIN ENTERS INTO THE COMMERCIAL REGISTRY DOMESTIC PUBLIC RECORDS PER SEC RULES THE FOLLOWING: REGISTERED PRIVATE BANKER WITH PRIVATE BANKER # A00001714 PURSUANT TO 31 USC §5312(2)(C); A NEW CREDIT AGREEMENT DEBT LIEN PAYOFF CONTRACT SECURITY NOTE DRAFT BANK BUSINESS INSTRUMENT SERIAL NUMBER 0002671714 WITH $294,000.00; AND BILL OF EXCHANGE BANK INSTRUMENT TO BE PAID TO CITIMORTGAGE INC - SUCCESSOR BY MERGER TO ABN AMRO, QUICKEN LOANS, MERS, SELENE FINANCE LP, OR U.S. BANK TRUST NATIONAL ASSOCIATION OWNER WITH THE INTENTION TO EXTINGUISH ANY CLAIMED DEBT NOTE, DEBT RECORDED SECURITY, STATE OR IRS CLAIMED TAXES, AUTOMOBILE LOAN, ANY TYPE DEBT OR LOAN, AND/OR CREDIT APPLICATION OR CREDIT CARD IN THE BANKING BUSINESS 1) ITEMS OF CONTRACT PROPERTY: ASSIGNED; ACCEPTED FOR CONSIDERATION VALUE; EXEMPTED FROM LEVY: 2) NEGOTIABLE FINANCIAL SECURITY NOTE PROPERTY, SERIAL # 0002671714 FACE VALUE $ 294,000.00 DATED 16 JANUARY 2023 PAYEE CITIMORTGAGE INC - SUCCESSOR BY MERGER TO ABN AMRO, QUICKEN LOANS, MERS, SELENE FINANCE LP, OR U.S. BANK TRUST NATIONAL ASSOCIATION; MAKER THEYA KANAGARATNAM, DRAWEE CITIMORTGAGE INC, SUCCESSOR BY MERGER TO ABN AMRO, QUICKEN LOANS, MERS, SELENE FINANCE LP, OR U.S. BANK TRUST NATIONAL ASSOCIATION;. U.S. TREASURY ACCOUNT 218193695 IS DISBURSEMENT OF REDEMPTION FUNDS ASSETS TRANSFER INTO PAYEE BANK DEBT ACCOUNT NUMBER 063-0723179 , 3312359019, MIN:10003903123590196, AND 2005026956 TO BE PAID BY THE ACCOUNT AND SECURITY OBLIGATION OF THE UNITED STATES VIA 18 USC §8 TO BE DISBURSED AS CASH OR CREDIT TO THE BANK AS PROPERTY OF ONE OF THE AMERICAN "PEOPLE OF THE UNITED STATES" PER HJR 192 (PUBLIC LAW 73-10, CHAPTER 48 §112 AND §113) DEBT OR ASSESSED TAX ACCOUNT BEING PAID, SET OFF, SETTLED, CANCELLED, WITH RECOUPMENT WITH CLOSURE OF CLAIMED DEBT OR ASSESSED TAX ACCOUNT NUMBER 063-0723179, 3312359019, MIN:10003903123590196, AND 2005026956 THROUGH THE UNITED STATES TREASURY ALIEN PROPERTY CUSTODIAN FOR DISCHARGE, PAYMENT, OR CREDIT AS A SECURITY OBLIGATION AND ACCOUNT OF THE UNITED STATES WITHOUT USING A CHECK CLEARINGHOUSE. MAKER IS A TRANSMITTING UTILITY, BAILEE/BAILOR, THIRD PARTY OF INTEREST, SECURED PARTY, CREDITOR, PRINCIPAL, AND BENEFICIARY PURSUANT TO LAW, POLICY, AND LEGAL DEFINITIONS. ALL OFFERS ARE ACCEPTED FOR HONOR PURSUANT TO 40 STAT §411, SECTION 7(E) AND 50 USC §4305(B)(2).

# UCC-3 Form - AMENDMENT

## AMENDMENT ACTION - COLLATERAL ASSIGN
### Original File Number: **202294902660**

---

## FILER INFORMATION

*Full name:* **THEYA KANAGARATNAM**

*Email Contact at Filer:* **THEYAK101@YAHOO.COM**

## SEND ACKNOWLEDGEMENT TO

*Contact name:*

*Mailing Address:* **2316 LAKESHORE AVENUE, UNIT 16**

*City, State Zip Country:* **OAKLAND, CA 94606 USA**

---

## NAME OF THE SECURED PARTY OF RECORD AUTHORIZING THE AMENDMENT:

---

**CUSTOMER REFERENCE:** MORTGAGE NOTE AND MORTGAGE DEBT LIEN CONTRACT PROPERTY SATISFACTION/RELASE

---

## COLLATERAL

DEBTOR OF RECORD, THEYA KANAGARATNAM, HEREIN ENTERS INTO THE COMMERCIAL REGISTRY DOMESTIC PUBLIC RECORDS PER SEC RULES THE FOLLOWING: REGISTERED PRIVATE BANKER WITH PRIVATE BANKER # A00001714 PURSUANT TO 31 USC §5312(2)(C); A NEW CREDIT AGREEMENT DEBT LIEN PAYOFF CONTRACT SECURITY NOTE DRAFT BANK BUSINESS INSTRUMENT SERIAL NUMBER 000011714 WITH $71,000.00; AND BILL OF EXCHANGE BANK INSTRUMENT TO BE PAID TO CENLAR FSB, CITIBANK, N.A, OR VERDUGO TRUSTEE SERVICE CORPORATION, OWNER WITH THE INTENTION TO EXTINGUISH FIRST CLAIMED DEBT NOTE, DEBT RECORDED SECURITY, STATE OR IRS CLAIMED TAXES, AND/OR CREDIT APPLICATION IN THE BANKING BUSINESS 1) ITEMS OF CONTRACT PROPERTY: ASSIGNED; ACCEPTED FOR CONSIDERATION VALUE; EXEMPTED FROM LEVY: 2) NEGOTIABLE FINANCIAL SECURITY NOTE PROPERTY, SERIAL # 000011714 FACE VALUE $ 71,000.00 DATED 24 NOVEMBER 2022. PAYEE, CENLAR FSB, CITIBANK, N.A, OR VERDUGO TRUSTEE SERVICE CORPORATION; MAKER THEYA KANAGARATNAM, DRAWEE CENLAR FSB, CITIBANK, N.A, OR VERDUGO TRUSTEE SERVICE CORPORATION. U.S. TREASURY ACCOUNT 218193695 IS DISBURSEMENT OF REDEMPTION FUNDS ASSETS TRANSFER INTO PAYEE BANK DEBT ACCOUNT NUMBER 106091318334000, 113042500045000, 9222173156, AND 4774041794 TO BE PAID BY THE ACCOUNT AND SECURITY OBLIGATION OF THE UNITED STATES VIA 18 USC §8 TO BE DISBURSED AS CASH OR CREDIT TO THE BANK AS PROPERTY OF ONE OF THE AMERICAN "PEOPLE OF THE UNITED STATES" PER HJR 192 (PUBLIC LAW 73-10, CHAPTER 48 §112 AND §113) DEBT OR ASSESSED TAX ACCOUNT BEING PAID, SET OFF, SETTLED, CANCELLED, WITH RECOUPMENT WITH CLOSURE OF CLAIMED DEBT OR ASSESSED TAX ACCOUNT NUMBERS 106091318334000, 113042500045000, 9222173156, AND 4774041794, THROUGH THE UNITED STATES TREASURY ALIEN PROPERTY CUSTODIAN FOR DISCHARGE, PAYMENT, OR CREDIT AS A SECURITY OBLIGATION AND ACCOUNT OF THE UNITED STATES WITHOUT USING A CHECK CLEARINGHOUSE. MAKER IS A TRANSMITTING UTILITY, BAILEE/BAILOR, THIRD PARTY OF INTEREST, SECURED PARTY, CREDITOR, PRINCIPAL, AND BENEFICIARY PURSUANT TO LAW, POLICY, AND LEGAL DEFINITIONS. ALL OFFERS ARE ACCEPTED FOR HONOR PURSUANT TO 40 STAT §411, SECTION 7(E) AND 50 USC §4305(B)(2).

# UCC-1 Form

## FILER INFORMATION

*Full name:* **THEYA KANAGARATNAM**

*Email Contact at Filer:* THEYAK101@YAHOO.COM

## SEND ACKNOWLEDGEMENT TO

*Contact name:*

*Mailing Address:* 2316 LAKESHORE AVENUE, UNIT #16

*City, State Zip Country:* OAKLAND, CA 94606 USA

## DEBTOR INFORMATION

*Org. Name:* **THEYA KANAGARATNAM, ESTATE**

*Mailing Address:* 2930 DOMINGO AVENUE #1025

*City, State Zip Country:* BERKELEY, CA 94705 USA

## SECURED PARTY INFORMATION

*Last Name (i.e. Family Name or Surname):* **KANAGARATNAM** *First Name:* **THEYA**

*Mailing Address:* 2316 LAKESHORE AVENUE, #16

*City, State Zip Country:* OAKLAND, CA 94606 USA

---

**TRANSACTION TYPE:** TRANSMITTING UTILITY
**ALTERNATIVE DESIGNATION:** BAILEE-BAILOR
**COLLATERAL IS HELD IN A TRUST**
**CUSTOMER REFERENCE:** MORTGAGE NOTE AND MORTGAGE DEBT LIEN CONTRACT PROPERTY SATISFACTION/RELEASE

## COLLATERAL

DEBTOR OF RECORD, THEYA KANAGARATNAM, IS NOW REGISTERING INTO THE COMMERCIAL DOMESTIC PUBLIC FOR THE FOR PAYOFF, DISCHARGE, EXTINGUISHMENT OF CURRENT AMOUNT OF CLAIMED DEBT, RECOUPMENT, AND SETTING UP MY PERSONAL DIRECT TREASURY TRUST (UCC CONTRACT) ACCOUNT AT THE DEPARTMENT OF THE TREASURY UNDER REGULATION J, FEDERAL RESERVE, REG. Z –TRUTH IN LENDING, 12 USC 226 1 ET SEQ AS A NATIONAL UCC1 ACCOUNT REGISTERED PRIVATE BANKER WITH PRIVATE BANKER # ███████ PURSUANT TO 31 USC §5312(2)(C); A NEW CREDIT AGREEMENT DEBT LIEN PAYOFF CONTRACT SECURITY NOTE DRAFT BANK INSTRUMENT SERIAL NUMBER ██████ WITH $71,000.00; AND A BILL OF EXCHANGE BANK INSTRUMENT TO BE PAID TO CENLAR FSB, CITIBANK N.A, OR VERDUGO TRUSTEE SERVICE CORPORATION, OWNER WITH THE INTENTION TO EXTINGUISH FIRST CLAIMED DEBT NOTE, DEBT RECORDED SECURITY, STATE OR IRS CLAIMED TAXES, AND/OR CREDIT APPLICATIONS AND ALLEGED LOANS OR DEBTS. THE REGISTERED BILL OF EXCHANGE – (BA-TIME DRAFT) BANK INSTRUMENT AND NEW CREDIT AGREEMENT DEBT LIEN PAYOFF CONTRACT SECURITY NOTE DRAFT BANK INSTRUMENT NOW HOLDS A DEPARTMENT OF THE TREASURY – PERSONAL DIRECT TREASURY (UCC CONTRACT) LEDGER # ███████ WITH ACCOUNT # RE████████ US, THE PROCESSING OF WHICH WILL DISCHARGE AND EXTINGUISH THE ENTIRE CURRENT AMOUNT STATED ON THE CLAIM HEREIN ACCEPTED FOR CONSIDERATION VALUE. THIS NEGOTIABLE BANK INSTRUMENT IS PRESENTED UNDER AUTHORITY OF PUBLIC LAW 73-10, CHAPTER 48 SECTIONS 112, 113, UCC3-104(C), TITLE 3 U.S.C. §604, 18 USC §8, SPENCER V STERLING BANK, 63 CAL AP. 4TH 1055 (1998), GUARANTY TRUST CO. OF NEW YORK V HENWOOD ET AL, 59 S.CT.847, PHYLLIS HORACE VS. LASALLE BANK NATIONAL ASSOCIATION, ET AL (2011), WELLS FARGO V CARIGLIANO (2010), HIGHLAND CAPITAL MGMT. V. SCHNEIDER; IS TO BE PAID AS AN ACCOUNT AND SECURITY OBLIGATION OF THE UNITED STATES, UNICRAL CONVENTION ON BILLS OF EXCHANGE AND PROMISSORY NOTES, AND WITKIN NEGOTIABLE INSTRUMENTS, VOL 3 (2001 SUPPLEMENT) ON THIS FILED UCC CONTRACT TRUST ACCOUNT. THIS IS NOT A TREASURY/BOND ACCOUNT. CENLAR FSB OR CITIBANK N.A, OR VERDUGO TRUSTEE SERVICE CORPORATION HAS NEVER FILED A UCC1 TO ACCEPT OR VERIFY ANY DEBT. I AM THE SECURED PARTY, BENEFICIARY, TRANSMITTING UTILITY, BAILEE/BAILOR, CREATOR, CREDITOR, AND PRINCIPAL OF CLAIMED TREASURY (UCC CONTRACT) LEDGER # ███████ . ALL OFFERS ARE ACCEPTED FOR HONOR PURSUANT TO 40 STAT §411, SECTION 7 (E), 50 USC §4305(B)(2), FEDERAL RESERVE ACT §§16 AND 18, "TITLE 12 USC §24, SEVENTH BANKING BUSINESS LAWS."