# TIFFANY & BOSCO
## P.A.

SETH M. HARRIS (CA SBN: 253802)
smh@tblaw.com
CHAD L. BUTLER (CA SBN: 270888)
clb@tblaw.com
RICHARD L. STEVENSON (CA SBN: 239705)
rls@tblaw.com
1455 Frazee Rd., Ste. 820
San Diego, CA 92108
Tel.: (619) 501-3503

Attorneys for CITIBANK, N.A.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>THEYA PRAKASHINI KANAGARATNAM,<br><br>Debtor. | Case No. 4:24-BK-40209<br><br>Chapter 7<br><br>**OPPOSITION TO DEBTOR'S MOTIONS / LETTERS - DOCUMENT NOS. 31, 33, 34, AND 35** |

    CitiBank, N.A. (hereinafter "Citibank"), secured creditor of debtor Theya Prakashini Kanagaratnam ("Debtor"), hereby opposes Debtor's Motion for Request for Admissions by Negative Averment Affidavit Responsive to Writings of Alleged Creditors US Bank and CitiBank (Doc. No. 31), Letter to the Court (Doc. No. 33), Motion to Issue Order to Stop and Cancel Foreclosure (Doc. No. 34) and Move Case to Admiralty and Addendum to the Motion Filed on July 3, 2024 to Issue Order to Stop and Cancel Foreclosure (Doc. No. 35) (collectively, the "Motions"). Each of the Filings were filed by Debtor following this Court's entry of its Order Discharging Chapter 7 (Doc. No. 29).

# I.

## **STATEMENT OF FACTS**

On October 3, 2006, Debtor executed a Deed of Trust (the "Deed of Trust") securing a home equity line of credit loan in the original maximum amount of $100,000.00 against real property commonly known as 2316 Lakeshore Ave, #16, Oakland, California 94606 ("Subject Property"). The Deed of Trust was recorded on October 10, 2006 in the Official Records of Alameda County, State of California. CitiBank is the present beneficiary of the Deed of Trust.

Debtor failed to pay the loan secured by the Deed of Trust and, on February 15, 2024, Debtor initiated the instant Chapter 7 bankruptcy case (Doc. No. 1). Thereafter, on June 5, 2024, this Court entered an Order Discharging Chapter 7 (Doc. No. 29).

On June 14, 2024, June 17, 2024, July 3, 2024, and July 17, 2024 Debtor filed the Motions, which are a series of meritless motions and related letters to the Court. The Motions seek relief which is not available to the debtor, including but not limited to responses to discovery requests which have not been properly propounded upon CitiBank (see generally, Doc. Nos. 31, 33, 34), an order enjoining the enforcement of secured liens and ordering reconveyances of the same (see, Doc. Nos. 34 ¶¶ 1-8; 35).

CitiBank now submits its Opposition to the Motions.

# II.

## **ARGUMENT**

**Debtor's Motions Are Meritless and Should Be Denied.**

Debtor seeks relief in the form of an order for discovery responses, though such relief is sought by way of a purported motion and not through the channels set forth in the Federal Rules of Bankruptcy Procedure, such as adversary proceedings. (See, Doc. Nos. 31, 33, 34.) The Debtor also seeks a post-discharge order enjoining the enforcement of secured liens and ordering reconveyances of the same (see, Doc. Nos. 34 ¶¶ 1-8; 35). However, "[a]fter discharge, as is the case here, while the secured creditor is free to foreclose on collateral, § 524(a)(2) otherwise enjoins the creditor

from attempting to collect or enforce the debt." <u>In re Mayton</u>, 208 B.R. 61, 66 (B.A.P. 9th Cir. 1997). Because such relief is contrary to the basic tenets and purpose of bankruptcy, the Motions should be denied.

Moreover, it is clear that Debtor's Motions are further based upon meritless notions of the sovereign citizen theory. (<u>See, e.g.</u>, Doc. 31 at 1:16-18 (Debtor identifies herself as "the Secured Party Creditor, and Holder In Due Course and am appearing Specially and not generally on behalf of the ESTATE also known as THEYA PRAKASHINI KANAGARATNAM. I am not the Debtor for the named ESTATE. Herein after Petitioner.") "The Ninth Circuit Court of Appeals has rejected arguments premised on the sovereign citizen ideology as utterly meritless. <u>United States v. Studley</u>, 783 F.2d 934, 937 n.3 (9th Cir. 1986)." <u>Bland v. Moffett</u>, No. 119CV01750JLTSKOPC, 2022 WL 1198382, at *3 (E.D. Cal. Apr. 22, 2022), <u>report and recommendation adopted,</u> No. 119CV01750JLTSKOPC, 2022 WL 1507034 (E.D. Cal. May 12, 2022).

### III.
### **CONCLUSION**

Based upon the foregoing, CitiBank respectfully requests that this Court deny the Motions in their entireties.

          Respectfully submitted,

          TIFFANY & BOSCO, P.A.

Dated: 08/07/2024       /s/ Richard L. Stevenson
                                     Richard L. Stevenson, Esq.
                                       Attorneys for CitiBank, N.A.