**TIFFANY & BOSCO**
P.A.

SETH M. HARRIS (CA SBN: 253802)
smh@tblaw.com
CHAD L. BUTLER (CA SBN: 270888)
clb@tblaw.com
RICHARD L. STEVENSON (CA SBN: 239705)
rls@tblaw.com
1455 Frazee Rd., Ste. 820
San Diego, CA 92108
Tel.: (619) 501-3503

Attorneys for CITIBANK, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>THEYA PRAKASHINI KANAGARATNAM,<br><br>Debtor. | Case No. 4:24-BK-40209<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE** |

I, Brianna Birk, whose business address appears below, certify that I am, and at all times hereinafter mentioned, more than 18 years of age. On August 7, 2024, I caused to be served true and correct copies of the following document(s):

**OPPOSITION TO DEBTOR'S MOTIONS/LETTERS – DOCUMENT NOS. 31, 33, 34, AND 35**

To the following:

**SEE ATTACHED SERVICE LIST**

[X]  (BY U.S. MAIL) I am readily familiar with the practices of this office for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence placed for collection is deposited with the United States Postal Service with the postage thereon fully prepaid on

the same day. On the date stated above, I placed an original or true copy of the foregoing document(s) described herein in an addressed, stamped, sealed envelope for collection and mailing following ordinary business practices.

[X]  (BY CM/ECF) I am readily familiar with the practices of this office for filing and servicing of documents by electronic means. Under that practice, the person(s) to be served are confirmed to be registered participants in the Electronic Filing System and that such person(s) are, in fact, receiving the Court's Notice of Electronic Filing in this subject case. On the date stated above, I caused an electronic copy of the foregoing document(s) described herein to be electronically filed and served in the above-captioned case following ordinary business practices.

[ ]  (BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL) I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:
_____
_____
_____

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Dated: August 7, 2024            By:  /s/  Brianna Birk
                                      1455 Frazee Road, Suite 820
                                      San Diego, CA 92108
                                      TB File # 24-80860-CE-CA

# SERVICE LIST

(In re Theya Prakashini Kanagaratnam, Case No: 24-40209, United States Bankruptcy Court for the Northern District of California)

## SERVICE VIA FIRST-CLASS U.S. MAIL

Theya Prakashini Kanagaratnam
2316 Lakeshore Avenue #16
Oakland, CA 94606
(DEBTOR)

## SERVICE VIA NOTICE OF ELECTRONIC FILING (NEF)

Paul Mansdorf
paul@mansdorftrustee.com
 (CHAPTER 7 TRUSTEE)

Office of the U.S. Trustee/Oak
USTPRegion17.OA.ECF@usdoj.gov
 (UNITED STATES TRUSTEE)