UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE:  CASE NO.: 24-40209
CHAPTER 7

Theya Prakashini Kanagaratnam,
   Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

    Robertson, Anschutz, Schneid & Crane LLP
    Attorney for Secured Creditor
    1 Park Plaza, Suite 600
    Irvine, CA 92614
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By: /s/Theron S. Covey
        Theron S. Covey
        Email: tcovey@raslg.com

# CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on September 19, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

THEYA PRAKASHINI KANAGARATNAM
2316 LAKESHORE AVENUE #16
OAKLAND, CA 94606

And via electronic mail to:

PAUL MANSDORF
1569 SOLANO AVE. #703
BERKELEY, CA 94707

OFFICE OF THE U.S. TRUSTEE/OAK
OFFICE OF THE UNITED STATES TRUSTEE
PHILLIP J. BURTON FEDERAL BUILDING
450 GOLDEN GATE AVE. 5TH FL., #05-0153
SAN FRANCISCO, CA 94102

            By: /s/ Amber Matas