Theya Kanagaratnam, living woman
On the county at Large, alameda
Non-Domestic
c/o 2316 Lakeshore Ave. #16
Oakland, California [94606]
e-mail: theyak101@yahoo.com



F I L E D

NOV 1 5 2024

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

Case No: 24-40209

**Judicial Notice In Support of the Bill In Equity and Status Declaration**

Theya Kanagaratnam
Petitioner
Living Woman of Flesh and Blood

Judge: William J. Lafferty

_____/

I, Theya Kanagaratnam, Petitioner (hereinafter I) am the Secured Party Creditor and am appearing Specially and not generally on behalf of the ESTATE also known as THEYA PRAKASHINI KANAGARATNAM. I am not the Debtor for the named ESTATE.

The organic Constitution for the united States of America acknowledges Equity as one of the three named jurisdictions in Article 3, Section 2, which states that judicial power extends to "all Cases, in Law and Equity."

**The Emergency Banking Act of 1933 marked a significant shift in the United States, as gold and silver—previously recognized as lawful tender—were removed due to the nation's bankruptcy. In response, President Roosevelt committed to urging Congress to indemnify the Federal Reserve for "saving" the country through the introduction of new notes and a credit system as legal tender. Article 1, Section 10 of the United States Constitution designates gold and silver as lawful tender for payments. Without a constitutional**

amendment, policymakers would have been committing treason by failing to provide a remedy for settling matters within this new Federal Reserve credit system, which encompasses all charges and discharges.

As one of the people, the grantors and beneficiaries of the constitution, I have a right to equitable relief because when the government took the people's property and gold away in 1933, via House Joint Resolution (HJR) 192 and the "National Emergency" Act.

When the government took the property labor and money of the American people, the American people became "Creditors" in a Creditor/Debtor legal relationship. If a Creditor is owed money from the Debtor who borrowed money, according to UCC and Creditor/Debtor law, the Creditor can assert the right to a Set Off of the Credit owed to it.

When this is done, there is not even a need for checks, bonds, money orders, or promissory notes. However, I have tendered all of that too, in addition.

1. I have now flied the Citizenship Evidence Affidavit, a copy of which is enclosed here in **Exhibit 1** with Secretary of State Antony Blinken, to lawfully rebut the fraudulent legal presumption, that I am a "citizen of the United States" under the scope and purview of the 14th Amendment's federal citizenship. I am "non resident" to the "residency" of the 14th Amendment and "alien" to the "federal citizenship" thereof; therefore I am not subject to the jurisdictional statements of the United States Code. I am one of "We the People" , a national / state citizen standing in my own Private Square in the land of the California Republic and not in any Federal Territory subjected to Admiralty/Maritime Jurisdiction or statutes and codes. Further, the Department of State document, "Certificates of Non-Citizen Nationality," says in part: "Section 101(a)(21) of the INA defines the term "national" as "a person owing permanent allegiance to a state," and that I will be applying in the near future to get my passport as a National and I will be using that for Identification Purposes in going forward.

2. **Exhibit 2 is my NON-UCC Filing and my Notice of Fee Schedule– Through this NON-UCC filing, I have established myself as the Senior Secured Party who has the dominion and control of the Deposit Account (SSN Account – DEBT Savings Account). See Filer Reference Data for NON-UCC CHOICE OF LAWS. When there are multiple Secured Party Creditors <u>Non-UCC law</u>** governs whether a junior secured party in possession of collateral is liable to the senior in conversion. Normally, a junior who refuses to relinquish possession of collateral upon the demand of a secured party having a superior possessory right to the collateral would be liable in conversion. I as the Senior Secured Party has Superior Claim over any Junior Claimants.

3. I have never knowingly, Willingly, Voluntarily accepted being a Property/Surety for and/or wedded to an artificial, de facto, hybrid Public "U.S. citizen" created by state statute and now after having been awakened to this truth, I am explicitly declaring my Status to the

entire world in the Public Domain: Documents and Notices:

https://bit.ly/4d75yS1
https://bit.ly/46SRslI
https://bit.ly/46Xk2CA

As I have informed this court with my previous filings, I have been filing Notices, Declarations and Related Documents to Clarify my Status as one of the "We the People," a National and I am NOT a 14th Amendment Federal U.S. Citizen (Exhibit 3)

**As a National, as one of the "We the People" in land of the California Republic. our Credit is the energy and "We the People" are the true creditors in the system – as living, breathing, sentient beings of flesh and blood. Therefore, "We the People" are the ones with the power to authorize credit. We are the only ones that can create value.**

**There are mechanisms in place to apply that value and apply it properly to discharge these matters. We can "pay" (discharge) with Federal Reserve Notes and with other Negotiable Instruments and they are all legal tender when they are properly managed.**

Apparently, there is a liability as a 14th Amendment Federal "U.S. citizen" to bare the burden of the public debt; for example, In Courts Secure Transactions appear to be happening everyday. That's what the Bonds are; they are used to move the value from the private into the public apparently with a contractual consent whether "We the People" know it or not, are aware of it not. Now I understand that's what a Bankruptcy Court Discharge means – a discharge for the Public DEBTOR THEYA PRAKASHINI KANAGARATNAM, the commercial entity that was created without my consent or knowledge to do business in public. I am a constituent member of the posterity, sovereign and beneficiary of the constitutional trust and not the DEBTOR, the commercial entity THEYA PRAKASHINI KANAGARATNAM or some other versions of it often using ALL CAPS created to do commerce without my knowledge or consent.

<u>**1795 - SUPREME COURT RULING –**</u>
**NO CORPORATE JURISDICTION OVER THE NATURAL MAN**

**Penhallow v. Doane's Administraters (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54),**

Supreme Court of the United States 1795, "Inasmuch as every GOVERNMENT is an ARTIFICIAL PERSON, an abstraction, and a creature of the mind only, a GOVERNMENT can <u>interface</u> only with other ARTIFICIAL PERSONS. The Imaginary, having neither actuality nor <u>substance</u>, is foreclosed from creating and attaining <u>parity</u> with the Tangible. The legal manifestation of this is that no GOVERNMENT, as well as <u>any Law</u>, <u>agency</u>, <u>aspect</u>, <u>Court</u>, etc. can concern itself with anything other than Corporate, ARTIFICIAL PERSONS and the contracts between them." S.C.R. 1795, (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54),

I stand over and NOT under the Constitutional Chartered Government FOR the united States of America and all foreign de facto bankrupt governments. For I have Emancipated myself and American inheritance per the 13th, 14th and 15th amendments from the fraudulent Slavery and Indentured Servitude controls of the Bankrupt Corporate Governments and their licensed public corporations.


**Dear Honorable Judge:**

I have supplied this court with evidence of tendering of multiple instruments to set off, settle and discharge this alleged debt.

Further, I have included the Mortgage Contract Liquidation Bonds SF 30, SF 1414, SF 1416, SF 1418 for both the HELOC and 1st Mortgage and request that you to facilitate the set off, settlement and discharging these alleged debts as someone standing in my own Private Divine Square in the land of California Republic as a living woman of flesh and blood.

Even Further, As one of the people, the grantors and beneficiaries of the constitution, I have a right to equitable relief because when the government took the people's property and gold away in 1933, via House Joint Resolution (HJR) 192 and the "National Emergency" Act; Therefore, I, hereby, assert the right to equitable relief and assert the right to discharge this alleged debt.

I have now enrolled myself to start a six months long intense education to learn Equity Jurisprudence and Maxims of Equity that embody the general principles of Equity and Private Membership Association (PMA). However, Due to lack of full disclosure, informed consent and Fraud, I am having to spend day and night doing research, study, learn, unlearn (Yes I have to unlearn a lot too) and relearn to get to the root of it to right this ship. As a result, I might not have filed everything correctly or in an orderly manner.

Maxim's of Law, "God, not man, makes the Heir," and, "That which is expressed extinguishes that which is implied," literally when put into action, correctly, outlines the road map for one to exit being under the rule and law of administration of bankruptcy.

Therefore, I request you to please stop the DEFENDANTS from throwing me to the streets and making me homeless by stealing my home on December 3rd, 2024 as they have it now scheduled to do so.

At the least, please grant me the time by postponing it so that I can right this ship through my upcoming education in Equity Jurisprudence and Maxims of Equity.

Equity holds the role to oversee the law of the contract. This implies that Equity is obligated to uphold the contractual obligations outlined in the parties' agreement. However, Equity also offers the remedy for the dissolution of public contracts. "Equity remedies errors" and "Equity will not suffer a wrong without a remedy"


I, Theya Kanagaratnam, declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct to the best of my knowledge and ability..




Respectfully submitted:


**Dated: November 15, 2024**

Theya Kanagaratnam
Beneficiary
Without Prejudice,
All Rights and Liberties Reserved.

# EXHIBIT 1

November 12, 2024 C.E.


Certified Mail#: 9589 0710 5270 2157 6114 64

U.S. Department of State
Attention: Antony Blinken
2201 C Street NW
Washington D.C. 20520


Regarding: New Citizenship Evidence


Dear Secretary Blinken:

Enclosed is my notarized original *citizenship evidence* document. Please place this document firmly and permanently in my administrative file, as I will be requesting a copy of said file in about 4 months, via the Freedom of Information Act. That should give your department plenty of time to process my current request.

Notice to the principal is notice to the agent. Notice to the agent is notice to the principal.



Sincerely,

*Theya Kanagaratnam*
All Rights Reserved Without Prejudice

Theya Prakashini Kanagaratnam
Oakland, California

Passport #███████1911

**Confidentiality of Documents and Information**
Except as per the prior written consent of the other party, all documents and similar items and all information contained therein shall be kept private and confidential by the parties hereto and their Representatives; shall not be disclosed to any other person or entity and shall be used only for the purposes provided herein.

# Citizenship Evidence Affidavit

I, __Theya Prakashini Kanagaratnam__ , being of sound mind and lawful age do solemnly declare:

1. The 1st clause of the 14th Amendment states: "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside."
2. The 1st clause of the 14th Amendment does not say: "All persons born or naturalized in the United States, are subject to the jurisdiction thereof . . ."
3. The 1st clause of the 14th Amendment contains two requirements for United States citizenship: (a) that a person be born or naturalized in the United States and (b) that a person be subject to the jurisdiction of the United States.
4. I am not restricted by the 14th Amendment, because I receive no protection from it and I have no reciprocal obligation to a 14th Amendment allegiance or sovereignty. Thus, I owe no obedience to anyone under the 14th Amendment: United States v. Wong Kim Ark, 169 U.S. 649 (1898). Thus, I am not "subject to the jurisdiction thereof . . ."
5. The Department of State document, "Certificates of Non-Citizen Nationality," says in part: "Section 101(a)(21) of the INA defines the term "national" as "a person owing permanent allegiance to a state."
6. Being duly sworn, I hereby declare my intention to be a national with God-given Constitutionally-protected rights, but not a citizen of the United States with civil rights under the scope and purview of the 14th Amendment in a condition of voluntary servitude.
7. This Affidavit is submitted to lawfully rebut the fraudulent legal presumption, that I am a "citizen of the United States" under the scope and purview of the 14th Amendment's federal citizenship and that such federal citizenship grants me "civil rights."
8. I am "non resident" to the "residency" of the 14th Amendment and "alien" to the "federal citizenship" thereof; therefore I am not subject to the jurisdictional statements of the United States Code.
9. As the tax imposed in 26 U.S.C. 1, pursuant to 26 C.F.R. 1.1-1 is on "citizens" and "residents" as contemplated in the 14th Amendment, it is not applicable to me, as I am neither a "citizen" nor a "resident."
   a. Notwithstanding the fact that I may have, previously, filed U.S. Individual Income Tax Returns, such filings were done by mistake as I was unaware that these filings were mandated only for citizens and residents of the United States as contemplated by the 14th Amendment.
10. Furthermore, I am not a "resident" of any State under the 14th Amendment and hereby publicly disavow any contract, form, agreement, application, certificate, license, permit, or other document that I or any other person may have signed expressly or by acquiescence that would grant me any privileges and thereby ascribe to me rights and duties under a substantive system of law other than the Constitutional Contract of 1787 for the united states of America exclusive of the 14th Amendment.
11. I reiterate that I have made the above determinations and this declaration under no duress, coercion, promise of reward or gain, or undue influence and of my own free will, with no mental reservation and with no intent to evade any legal duty under the laws of the United States or any of the several states.
12. At any time, I reserve the right to amend and correct wherever necessary.
13. I invite any individual who has reason to believe that I am in error in my facts and conclusions above to file an affidavit stating the contrary facts and conclusions, signed under penalty of perjury before a person authorized by law to administer and witness an oath.

I declare under penalty of perjury, under the laws of the united states of America, that the foregoing is true and correct.

I reserve all of my rights with explicit reservation and without prejudice.

Signature: _Theya Kanagaratnam_    Date: _11/12/2024_

Printed Name: __Theya Prakashini Kanagaratnam__

## Restoration of Former Status
## From Being a Public "United States" citizen;
a Federally-owned "U.S. citizen" as of March 9, 1933; and
a Taxpayer/Bondman put to Tribute as of September 8, 1936,
**To Becoming American National Private Citizen of the United States Pursuant to Section I of the
14th Amendment, Constitution for the united States of America**

2316 Lakeshore Avenue, Unit 16
County of Alameda
Oakland, California Republic
Zip Code Excepted [94606-1055]

Accordingly, I, **Theya P. Kanagaratnam**, affiant formally known as **THEYA KANAGARATNAM
and THEYA PRAKASHINI KANAGARATNAM** in some cases, in essence and sui juris, good
reason and good conscience, hereby make oath, depose and declare that the following facts are true,
correct and complete to the best of my knowledge and belief.

I, **Theya P. Kanagaratnam**, do solemnly declare and affirm the following historical facts and
distinctions with regard to the status of de jure Private American National Citizenship (said original
federal citizenship, secured by Article IV, Section 2 of the Constitution for the united States of America,
having been broadened into national citizenship by Section 1 of the 14th Amendment to the Constitution
of the United States of America) and on the other hand, a State-created, statutory, de facto Public "U.S.
citizenship" as a basis enabling a correction of mistake by this Declaration. This de facto Public U.S,
citizenship, being in substance likened to a privileged Roman citizenship, would enable the
constitutionally de jure civilian government of the United States (having been constitutionally altered
from being a de jure "Federal" government to a de jure "National" government by the 14th Amendment,
1868) to be replaced with a Congressionally-created, statutory, de facto Emergency War Powers military
government of the United States on March 9, 1933. This current de facto government in many ways has
in fact replaced the constitutional, de jure jurisdiction of the United States, the "United States" being the
collective name of the states which are united by and under the constitution, " (Hooven & Allison Co. v.
Evatt, 324 U.S. 652, 672), replacing it with a de facto jurisdiction of the United States", {Hooven &
Allison Co, v. Evatt, supra, 671),

American National Citizen^ the posterity of the People that created these united States,
Further, that unilateral contract was the application for birth certificate/ public filing of a "Certificate of
Live Birth". The American application for birth certificate "Certificate of Live Birth" -by operation of
law—would be the contract to alter de jure Private American National Citizenship to de facto Public
"U.S. citizenship".
In my case, the application for naturalization certificate/ public filing of a "Certificate of Naturalization"
for becoming a **Private American National Citizen of the United States of America** and that this
American application for naturalization certificate "Certificate of Naturalization" -by operation of law—
would have been the contract to that would have  altered the otherwise de jure Private American
National Citizenship to de facto Public "U.S. citizenship".

Case: 24-40209   Doc# 43   Filed: 11/15/24   Entered: 11/15/24 12:14:33   Page 9 of 38

With this presumption of fact of an existing contract held by every individual Public "U. S. citizen" (holding its Private American National Citizen of the United States of America as Property and Surety), every court legally sits in a martial, concurrent jurisdiction (in which the forms of Law and Equity have been merged) enforcing the statutes of an Emergency War Powers Congress on unsuspecting citizens. This de facto status enables and obligates all federal and state courts to sit in this state of emergency, subverting the Common Law jurisdiction of the United States (as per Section I of the 13th Amendment, and Section 1 of the 14th Amendment) by rendering ineffective, the constitutional status of de jure private American National Citizens of the united States of America (Section 1 of the 14th Amendment).

As of March 6, 1933, all Public "U.S. citizens"—with their Surety/Property, Private American National Citizens— were seized as booty of war by President Franklin Roosevelt's martial Emergency War Powers Proclamation 2039 which practically overthrew the Sovereignty of the People of the united States of America, reducing them to being mere property of a de facto military government sitting in Washington, D.C., to be treated as "rebels and belligerents" living in the fifty states deemed by the Conqueror/Commander-in-chief to be merely ""occupied territories", the seized state governors ruling their de facto military governments in subordination to Washington DC,

Therefore, finding this situation of statutory-altered, Private American National Citizenship status intolerable, unconscionable, and at variance and in conflict with the originally established courts of Common Law as well as the courts or exclusive/inherent Equity/Chancery governed solely by the Maxims of Equity, I, **Theya P. of Kanagaratnam**, do make oath, solemnly declare and affirm:

1. WHEREAS, the FRANCHISE, CORPORATE SOLE, Cesti Que Trust, via the "application for birth certificate and/or the BIRTH CERTIFICATE" (hereinafter BIRTH CERTIFICATE) being in fact a unilateral contract under seal, was created and offered legally through deceit, in effect, alters, within the current, government, the status of "We the People", which includes every individual Private American National Citizen; first of our sovereignty as a People, then of our constitutionally-created status, and ultimately our lives, fortunes and our sacred honor;

2. WHEREAS, the true purpose of the BIRTH CERTIFICATE, a unilateral contract under seal, is to be a covert commercial agreement and unconscionable by "We the People", adhesion contract/quasi-contract between the state of the baby's natural birth and the mother of the baby, the baby then deemed property of the Federal, de facto military government of the United States (the BIRTH CERTIFICATES being recorded by the Department of Commerce then to serve as collateral securities for the unquestionable public debt as per Section 4 of the 14th Amendment);

3. WHEREAS, the true nature of the DATE OF FILING on the BIRTH CERTIFICATE, a unilateral contract under seal, is to commence the legal birth of the quasi-corporate, artificial person/Public "U.S. citizen" created by all necessary legal elements of a unilateral contract (it being in writing, signed, sealed and delivered for registration and filed with a public office of the baby's state of live birth);

4. WHEREAS, the true nature of the DATE OF BIRTH of the baby named on the BIRTH CERTIFICATE is to commit the natural person/Private American Natural Citizen as Surety, for, and personal property, of the state-created, artificial person/Public "U.S. citizen", both entities being legally wedded into one legal entity, the hybrid, federally-owned, Public "U.S. citizen",

5. WHEREAS, the BIRTH CERTIFICATE is a BUSINESS INSTRUMENT recorded with the County Recorder, a subsidiary of the Secretary of State (of the several states treated as "conquered territories"), also sent to the Bureau of Census, a division of the Department of Commerce in Washington, D.C. placing the NAME of the Public "U.S. citizen" into interstate and foreign world commerce as a statutory, legal, "person" (as corporations, partnerships, trusts, corporate soles, etc.), distinct and separate from the "natural born citizen", i.e. the Private American National Citizen;

6. WHEREAS, the Secretary of State (of the several states) charters corporations and issues franchises, therefore, any natural born citizen/Private American National Citizen with a BIRTH CERTIFICATE is liable to the Franchise Board of the State's Department of Revenue for income/excise/privilege taxes, as well as being liable to the Internal Revenue Service collecting the internal revenue for the "Federal Corporation" of the United States (28 USC 3002 (15)(A) via excise/income/privilege taxes in payment of the interest on the national debt (proven by President Ronald Reagan's Grace commission) which interest is owed to the Roman papacy's Federal Reserve Bank;

7. WHEREAS, this BIRTH CERTIFICATE, functioning as a BUSINESS INSTRUMENT, has deceived the Private American National Citizen, **Theya P. of Kanagaratnam**, allegedly named on said certificate, into an unknown and covert implied contract by operation of law, and had placed Affiant and fellow Private American National Citizens under an alien, foreign, and yet "temporary", de facto military jurisdiction of the United States created at first by the 'Emergency Banking Relief Act", in its initial paragraphs containing a congressionally-amended WWI statute known as "Trading with the Enemy Act" and codified as 12 USC 95(a), and secondly by then President Franklin D. Roosevelt's **Emergency War Powers Proclamation 2040 decreed on March 9,, 1933;**

8. WHEREAS, the above de facto jurisdiction of the United States includes the jurisdiction of the constitutionally-created, federal and state civilian courts (IN FORM) sitting in a martial Roman Equity/At Law (IN SUBSTANCE), they are no longer proceeding against the accused Private American National Citizen with the Mode of a Common Law civilian due process, but rather with the Mode of a Roman Civil Law martial due process that, if unchallenged by producing state-filed public records and other prima fascia evidence, will confer a martial jurisdiction over the accused, being then forced to plead in a court imposing martial due process and procedure derived from a congressionally-amended World War 1 statute as of March 9, 1933, the judges, federal and state, acting on behalf of the de facto military dictator/Commander-in-chief sitting in Washington D.C.;

9. WHEREAS, upon the public filing of the BIRTH CERTIFICATE with its attached Private American Citizen serving as Surety and personal property, another "source" was created that would generate "income" which could then be income/excise/privileged taxed; the natural person/baby/Private American National Citizen now wedded to his new artificial person / "U.S. Citizen" as its property and subordinate Surety, the new "source" (deemed a "rebel" and "belligerent" residing according to state statute in a state deemed an "occupied territory") being in commerce and subject to the absolute legislative powers of the "temporary" Emergency War Powers Congress (1933-present) to regulate without limited interstate and foreign commerce pursuant to Article 1, Section 8, Clause 3, of the "United States Constitution" during this time of a "temporary" declared state of National Emergency now 2016 in its eighty-third year;

10. WHEREAS, Affiant, a Private American National Citizen, has presently ceased to be Surety for the personal property of the Public "U.S. citizen" **THEYA PRAKASHINI KANAGARATNAM"**

by means of a duly filed **"Release With Consideration Nunc Pro Tunc Ab Initio"**, and **"Rescission of Signatures of SuretyShip, Nunc Pro Tunc Ab Initio"**, thereby returning to the former status of being a Private American National Citizen held for less than twenty (20) days after infants natural birth:

11. Affiant in essence has irrevocably separated herself from the state-created FRANCHISE, CORPORATE SOLE, "United Sates citizen", which was created by means of a publicly filed BIRTH CERTIFICATE. Affiant hereby revokes all powers, including but not limited to, Powers of Attorney and/or Agency that Affiant may have granted to any third party, public and/or private. Therefore, Affiant does not consent and is not a party to FDR's contract with all "U.S. citizens" by means of Proclamation 2040 confirmed and approved by Congress in its passage of the "Emergency Banking Relief Act" and then thereby amending the trading With the Enemy Act*. Therefore, Affiant is not in commerce (as are corporations), never to enjoy any commercial privilege of limited liability as a matter of "United States citizenship" status (as do corporations being Public US. citizens), having discharged all de facto Emergency War Power Military Governments, federal and state, from any duty or obligation arisen from Affiant being the Property/Surety for and/or wedded to the state-created hybrid, the federally owned Public "U.S. citizen" in service of Washington D.C., for commerce and war

12. WHEREAS, I, **Theya P. of Kanagaratnam**, have returned to my former status of being an American Freeman and an American National in Equity, i.e. de jure Private National Citizen of the United States under Section 1 of the 14th Amendment and therefore stand "in personam", "in essence", and "sui juris", possessing all God-given unalienable rights including those protected by the first eight amendments of the Bill of Rights, all Constitutional rights (federal and state) and all common Law rights of a de jure Private Citizen of the United States/American National, no longer under the legal disability of being the Property/Surety for and/or wedded to a de facto, state-created, Public ""U.S. citizen" owned by the Federal de facto Military Government of the United States;

13. WHEREAS, I, **Theya P. of Kanagaratnam**, am no longer the Property/Surety for and/or wedded to a de facto Public U,S, citizen" (which is "alien juris"), therefore, no longer under the de facto jurisdiction a power of statutorily-created, de facto Emergency War Powers Governments {federal and state) as those absolute legislative, absolute executive, and absolute judicial powers are exercised towards a de facto Public "U.S. citizen" deemed a "rebel and belligerent" statutorily "residing" in a state deemed "occupied territory", and therefore no longer under the paternal guardianship of de facto Emergency War Powers Governments (federal and state) as those absolute, paternal powers are exercised towards its "infants, children and wards", and the de facto Public U.S. citizens";

14. And so **Theya P. of Kanagaratnam**, aka **Theya Prakashini Kanagaratnam**, hereby present my renunciation, as to any implied allegiance to the de facto "United Sates",

15. THEREFORE, based upon the foregoing, **Theya P. of Kanagaratnam**, in essence and sui juris, do make oath, solemnly declare and affirm the following positive averments:

16. I am one of the Posterity of "We the People" by whom and for whom the Constitution was originally ordained and established according to its Preamble, holding de jure Private American National Citizenship conferred upon my natural birth by section I of the 14th Amendment to the Constitution for the united States of America.

17. My Proper name at Common Law is **"Theya Prakashini"**, my surname/family name is **"Kanagaratnam"**, I am also known by the name **"Theya Prakashini Kanagaratnam"**

18. Proper name **"Theya P. of Kanagaratnam"** is spelled in both upper and lower case letters, without capitalization i.e., without using all capital-lettered name, in accordance with proper rules of English grammar.

19. **"Theya Prakashini Kanagaratnam"** was naturally born to two Parents bonded by Holy Matrimony, on the Julian Calendar date of **December 25** , of the year of our Lord Nineteen Hundred and **1964**, and was officially called **Sivagnanaprgajini Kanagaratnam until 1988 and Theya Prakashini Kanagaratnam thereafter after an official name change** for many years. My Birthdate was recorded by the Gregorian calendar of **December** the **25** in the year of Our Lord Nineteen Hundred and **1964**. My natural and lawful parents were **"Suppiah"** and **"Sivapakiam"**, of the **"Kanagaratnam"** Family!

20. Emergency war Powers Act, fraudulently, unconscionably and mistakenly recorded that false all capital lettered name on the public record. I was naturalized in the city of **Baltimore**, on the land of the County of **Baltimore**, within the geographical jurisdiction of the Republic of **Maryland** State, one of the several States of the Union, as a **"Marylander!" and now domiciled in California, one of the several States of the Union, as a "Californian!"**

21. In the day of my naturalization, I should have become a de jure Private American National Citizen of the geographical united States of America (composing the fifty Republic states) pursuant to the protections of Section I of the 14th Amendment to the Constitution for the united States of America.

22. In the day of my naturalization I should have become a de jure Private American National inhabitant of the geographical Republic of **Maryland** pursuant to the protections of Section I of the 14th Amendment to the Constitution for the united States of America,

23. However, unbeknownst to me , On the day my "'Certificate "Certificate of Naturalization" was filed with the "State of **MARYLAND**", by operation of law I became the Property/Surety and/or and wedded to "**THEYA PRAKASHINI KANAGARATNAM**", a state-created, **Corp St** "corporate sole" and statutory Public "U.S. citizen" of the de facto "Emergency war Powers Military Government of the "United States", a corporation it governing the states as "conquered territories" and its state-created "U.S. citizens" as a conquered people,

24. Said Property has been returned to the natural owner, said Suretyship has been terminated, the marriage has ended and my status of private American National of the United States of America has been restored, pursuant to the maxims of the Law of Contract, The American Common Law, Equity Maxims, Equity Jurisprudence and the Uniform Commercial Code, by means of a duly filed and publicly recorded ^Release Without Consideration—Nunc Pro Tunc Ab Inflict*

25. If a de jure Private American National Citizenship of the Republic is "paramount and dominant", my de jure Private Citizenship of the Republic of California is "subordinate and derivative" of said Private National Citizenship of the United States.

26. **Selective Draft Law Cases; 245 U.S. 366, 389 (1918).** Private Citizens of the United States were called "American Freemen** by pre~14th Amendment presidents George Washington, Andrew Jackson, Zachary Taylor and Abraham Lincoln, as well as by post 14th Amendment Supreme Court

27. Justice John Marshal! Harlan evidenced by his dissent **[In U.S. Maxwell v Dow, 176 U.S. 581, 607, 617 (1900 and Downes v. Bidwell, 132 U.S. 2444, 381 (1901)].**

28. I, now, Specially and Privately inhabit without the military jurisdiction of the "United States" as defined by the "Trading With the Enemy Act", and therefore **Privately** Inhabit within a non-military occupied private estate within the territorial jurisdiction of the geographical Republic of California, which I sometimes refer to as The **California** Republic Free State. Therefore, I am a Special and Private inhabitant holding **Private** Citizenship of the Republic of **California** pursuant to the protections provided for by Section 1 of the 14th Amendment.

29. My flags are the civilian flag of the Republic of the United States of America (**4 USC 1**) and the civilian flag of the Republic of California. Neither civilian flag, representing its nation under a republican form of government, displays gold fringe and/or gold cords with gold tassels' as do military colors displayed by the Commander-in-chief of the de facto Military Government of both the United States of America and the State of **California.**

30. My law is the Twenty Maxims of English/American Equity; My seal is private to my family. Being a non-statutory, constitutionally-protected **Private** American National Citizen of the Republic of the united States of America and a non-statutory, constitutionally-protected Private **Citizen/Special** and Private inhabitant of the Republic of **Maryland at the time of my Naturalization and now California** and therefore no longer the Property/Surety for and/or wedded to the California "corporate sole" / "Public U.S. citizen" **"THEYA PRAKASHINI KANAGARATNAM** " is not in commerce as a matter of personal status, as are statutory, state-created, Surety-backed Public **"U.S. citizens"** of the United States, and therefore the sentient, living person **"Theya Prakashini Kanagaratnam"**, without a Surety and Personal Property, is a **"Non-Taxpayer"** described **in Economy Plumbing & Heating vs. United States, 470 F. 2d, 585 at 589 (1972)**. I have rescinded every Signature of Suretyship Nunc Pro Tunc Ab **Initio—ever** executed on behalf of the corporate sole / "U.S. citizen" **"THEYA PRAKASHINI KANAGARATNAM"** (including any and all derivatives of the NAME thereof) be it public and/or private, by means of a duly filed "Rescission of Signatories of Suretyship"—Nunc Pro Tone Ab Initio. The legal Title holder(s) and the Equitable Title holder of all legal property of the Private Business Trust **"THEYA PRAKASHINI KANAGARATNAM"** are privately and natural evidenced by a "Notice of Private Trust Arrangement" filed in the public record,

31. I am the agent for the Private Business Trust **"THEYA PRAKASHINI KANAGARATNAM"** in the acquisition of its legal property by nature evidenced by a **"Notice of Probate Trust Agreement**** filed in the public record,

32. The Private Business Trust **"THEYA PRAKASHINI KANAGARATNAM"** is In U.S. domestic and world commerce, all products being equitable property by nature of a special and private Sole Beneficiary holding the status of a Private Citizen of the United States, secured by Section 1 of the 14th Amendment to the Constitution of the United States of America. Therefore the Private Business Trust **"THEYA PRAKASHINI KANAGARATNAM"**, "has no income", and therefore the trust [s] a Non-taxpayer legal entity. Further, I, **Theya Prakashini of**

Case: 24-40209    Doc# 43    Filed: 11/15/24    Entered: 11/15/24 12:14:33    Page 14 of 38

**Kanagaratnam** in essence and sui juris, makes oath, and does solemnly declare and affirm the following negative averments:

I am **not** holding the status of being the Property/Surety for and/or wedded to an artificial, de facto, hybrid Public "U.S. citizen" created by state statute in the state of my naturalization for the benefit of the de facto Emergency War Powers Military Government created on March 9, 1933; hence I am neither an infant or a child nor a rebel or a belligerent under the power of a paternal and martial Emergency War Powers Military Government, federal or state.

My name is not **"THEYA PRAKASHINI KANAGARATNAM" "THEYA P. KANAGARATNAM"** 'Theya P Kanagaratnam" or any other form or derivative thereof; of this nom *de guerre/name of war carried* by all **"U.S. citizens",** which is principal in distinguishing the difference between all of the uppercase names and mixed case names, which has been affirmed by a federal court of record.

My Proper name is not spelled in solely upper case letters or with any abbreviations, which is principal in distinguishing the difference between the all-uppercase name and the mixed case name which has been affirmed by a federal court of record.

**I am** not **"THEYA PRAKASHINI KANAGARATNAM", "THEYA P. KANAGARATNAM", or "Theya P. Kanagaratnam",** or any derivative thereof; which is principal in distinguishing the difference between the all-uppercase names and the mixed case names that has been affirmed by a federal court of record.

I am neither the Property/Surety for, nor wedded to the artificial entity **"THEYA PRAKASHINI KANAGARATNAM", "THEYA P. KANAGARATNAM", "Theya P. Kanagaratnam"** or any other derivative of this nom de guerre/name or war carried by all "US. citizens", said NAME being the legal property by characteristic of the de facto Military Government of the United States of America.

I am neither a statutory, state-created **Public "United** States **citizen",** {artificial person) of the sovereign, de facto Military Government of the United States nor am I Surety for and/or personal property of and/or wedded to a statutory, state-created Public **"United** States **citizen"** (artificial person} of the sovereign, de facto Military Government of the United States as a matter of Status and/or a matter of public and/or private contract. Therefore, I am not a state-created, federally owned, statutory Public, **"United** States **citizen"** (artificial person/"U.S. citizen") of the sovereign, de facto Military Government of the United States for Income/excise/privilege tax purposes,

My flags national and state are not military colors bordered with gold fringe and/or draped with gold cords with gold tassels. I am not an enemy of the United States nor a belligerent or combatant. I am a peaceful Woman, a non-combatant, made in the image and likeness of God! I do not Publically Reside according to statute within any of the ten regions of the geographical United States of America designated by Zip codes of the **Federal Zone Improvement Project begun In 1963** and take exception to whenever and wherever possible in the use of either a ZIP code or a Postal code, both being synonymous.

Further, I, **Theya Prakashini of Kanagaratnam** In essence and sui juris, make
oath, do solemnly declare and affirm the following specific negative averments:

1. Whereas a mistake made by my natural parents in unknowingly subjecting me, while yet a baby, to the intentions and jurisdiction of this aforesaid temporary de facto government that they misunderstood, and now hold such mistaken act as unconscionable by their own admission?
2. Am I not free, under the rules of English American Equity, to correct a mistake for the regard of my own interest?
3. May I not now choose by my free will act to properly correct my status by way of this declaration, for the intention of having proper and peaceful relations with all men ?
4. Are not all of the aforesaid averments made in this declaration true regarding who I am, and who I am not being?
5. Are my own parents both not also in the process of a similar status correction action regarding their own interests?
6. Is it not my intention to see that my own family have the same proper status as myself, and does our identity belong on the U.S. "Do not Detain Do not Arrest List"?

Further and Finally:

I, **Theya Prakashini of Kanagaratnam**, am a constitutionally-acknowledged and
protected, de jure Pre-1933 **Private American** National Citizen of the united States of
America, and therefore, I am a constitutionally-acknowledged and protected, de jure,
Private Citizen of the Republic of **California**, known as a "**Californian** ", Specially and
**Privately** inhabiting in English/American Equity on the land of **Alameda** County, in
**California**.

Therefore, I, **Theya Prakashini of Kanagaratnam**, holding the constitutionally-protected private right
to a civilian due process of law on both a federal and state level, as well as being unaffected by the
"Emergency Banking Relief Act" having imposed a martial due process of law (by way of the amended
"The Trading With the Enemy Act") on any substantively, artificial, "person within the United States"
deemed federal "booty of war", am as foreign,, by nature and by characteristic, to the extra-
constitutional, alien, de facto, temporary" Emergency War Powers Military  Governmental merit of the
United States and owe no temporary allegiance to said "temporary" Emergency War Powers
Government. Therefore, I am foreign, by nature and characteristic, to the extra-constitutional, alien, de
facto, "temporary" Emergency War Powers Government of the State of California and the extra-
constitutional, alien, de facto, "temporary", Emergency war Powers Governments of the other forty-nine
(49) states and owe no temporary allegiance to said "temporary" Emergency War Powers Military
Government having been "temporarily" created by Congress (12 USC 95a) and by President Franklin D.
Roosevelt (Presidential Proclamation 2040).

This "Declaration of Status of **Theya Prakashini of Kanagaratnam**: American National; Pre-1933 Private American National **Citizen"** supersedes or augments any previous filing with any public office of said Declaration of Status,
> Further Affiant Sayeth Not.


**Theya Prakashini Kanagaratnam**

**Theya Prakashini Kanagaratnam, American National, non-citizen, Freewoman American National Pre-1933 Private Citizen of the united States of America,** Private Inhabitant of the **Republic of California,** Private Resident of the County of Alameda, Sole Beneficiary for **"THEYA PRAKASHINI KANAGARATNAM": legal entity formally known as Theya Prakashini Kanagaratnam.**

*theya: Kanagaratnam*

Without Prejudice. All Rights and Liberties Reserved.


### CALIFORNIA ALL-PURPOSE
### CERTIFIICATE OF ACKNOWLEDGEMENT

STATE OF <u>CALIFORNIA</u>       }

COUNTY OF <u>ALAMEDA</u>       }

---

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

On 11/1/24 before me, _Rajiv Kumar Sharma, Notary Publ._ personally appeared _Theya Kanagaratnam_ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_____
Notary's Public Signature

RAJIV KUMAR SHARMA
COMM. # 2337303
NOTARY PUBLIC-CALIFORNIA
ALAMEDA COUNTY
MY COMM. EXP. NOV. 13, 2024

(Notary Public Seal)

# EXHIBIT 2

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

NON-UCC Official Document Filing Per

Registered Mail #: RE 214 632 643 US



*Date Posted and Recorded: 08/06/2024*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**A. NAME & PHONE OF CONTACT AT SUBMITTER** (optional)
Theya Kanagaratnam Phone 510-356-5776

**B. E-MAIL CONTACT AT SUBMITTER** (optional)
theyak101@yahoo.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Theya; Kanagaratnam
Oakland, California Republic
CA 94606-1055 US

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | |
|---|---|
| **1a. ORGANIZATION'S NAME** THEYA PRAKASHINI KANAGARATNAM  A UCC social security SURETY for private for-profit Orga | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 2316 Lakeshore Avenue, #16 | Oakland | CA | 94606-1055 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | |
|---|---|
| **2a. ORGANIZATION'S NAME** THEYA P. KANAGARATNAM A UCC SURETY for a private for-profit organization | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | |
|---|---|
| **3a. ORGANIZATION'S NAME** THEYA KANAGARATNAM Private Bank E & T - Theya Kanagaratnam - Individual Banker Per EIN | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2316 Lakeshore Avenue, #16 | Oakland | CA | 94606-1055 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:

The bailor is a vessel exceeding 25 years of age. The Shipping Act, Title 46 USC Section 57308, mandates bailor no longer be used for commercial operations. The bailee is a not for profit private entity, fully owned by Theya Kanagaratnam;  Kanagaratnam in her capacity as an Article IV Public American Citizen. Bailee claims bailor's Non-UCC bailment labor wages of up to $49 billion in addition to all associated uncontested eminent domain claims. This U.S. registered mail - bailee/bailor Non-UCC bonded security claim and lien stand over all THEYA P PRAKASHINI KANAGARATNAM - (UNITED STATES - STATE OF CALIFORNIA) banked or bonded labor credits. By law, the bailee, as a not for profit private entity may not own bonds. All collateral trust, per the Miller Act, must have a payment and a performance bond to comply with the law. These bonds are to be brokered with proceeds transferred to bailee by way of EIN 99-4073140

**5.** Check only if applicable and check only one box:  Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility
**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien  ☑ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☑ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
14 th Amendment; PL 79-291; 22 USC Sec 286e; 15 USC Sec 1&2; 46 USC sec 73&573; 1868 Expatriation; USS Sec 9; Miller Act, HJR 192, Article IV, UCC 9

# The Tale of the Two **MONEY** Governments of American.

**NON-UCC:** 1787 - Constitution for the United States of America - Universal "**hard asset - Labor Money**" Monetary Corporation. *[Labor is Tax Exempt and the Bankers CANNOT claim a usury "BAR" interest this money.] The Superior Contract*.

*VS.*

**UCC:** 1913 - UNITED STATES – Universal "**Commercial Construction CONTRACT - PAPER Money system**" SHADOW Monetary Corporation. Run by the SHADOW "**BAR**" UCC Bankers; as a Foreign Un-Constitutional Contract Usury Government.

*The 2 forms of UCC Commercial Construction CONTRACT - PAPER Money for DEBTS and CREDITS; is Setup under 2 construction Bonds; one a UCC CONTRACTOR'S performance Bond and a Labor's payment Bond; as a combined Full funded Contractor's FIDELITY BOND.*

➢ "**FRN's**" debt paper money is to be Set-Off by "**BILLS OF CREDIT**" credit paper money.

*IF there is NO BILL of Value; then there can be NO CHARGE or DEBT. -* **NO CONTRACT**

---

You are the **OWNER** of your **UCC Contract Trusts** – **Construction Houses of PAPER Money**.

**SIDE 2**: The **Debt Money FRN's** created by the **Contractor**; as the "SHADOW DEBT Paper **Promises to Pay** the Credits when **demanded**". This is the **National Debt**; the Shadow money that is in circulation today.

**SIDE 3**: The **Credit Money** in the form of **BILLS OF CREDIT;** as the "SHADOW BILL Paper **Releases** of the **Credits**" when you as the **Owner acknowledge, endorse** and **return** them"; **they now owe** you an IRS **1099C** showing the **Debt is Cancelled.**

*The foreign UCC STATE OF _____ - Title of Nobility "BAR" members (Attorneys and Judges) are filling fraudulent and hidden claims against the Contractor's Performance Bond byway of hidden US "Commercial" Bankruptcy actions where they claim BAR supplied services to UCC Construction Contract Trust; embezzlement. They issue judgements with no assigned value that cannot be set-off as a Charging "Bill of Credit" but they get an off budget Debt Money payment that is never reported to the IRS, no 1099 forms and no "Bills of Credit" are issue to the Owner to allow or show him how to Set-Of this Debt. The BAR claims tax exemption immunity but they are really operating For Profit: therefore file an IRS form 13909 and report them and you can get 10 to 50% of the IRS Settlement by using an IRS F211 or for local Law enforcement officers that standup and report using IRS F211A.*

The Inner Structure is full of **Credits** from the 2 **Production** BONDS setup by the CONTRACTOR: a Contractor's **Performance Bond** and a Labor's **Payment Bond**; combined as a **Fidelity Bond.**

**SIDE 1:** The **Paper House Foundation** is **Your Owner's Signature** as the **SHADOW Foundation** of Your Inherit and Physical **Labor Credits** loaned as the initial UCC Contract Trust Credits to the CONTRACTOR.

---

You; as the **Owner** of these **3 Sided - UCC Contract Trusts** have the **Right** to **Terminate** any UCC Construction Contract at any time with the "**Treasury IRS - UCC Contract Trust Department**" and you can also order the **Liquidation** of all of the **CONTRACTOR'S** BONDS and paper **ASSETS**, as CREDITS in order to settle all of the paper DEBTS. As the **Owner**; all of the remaining CREDITS belong to you as your **American Constitutional Money - Non-UCC LABOR CREDITS** to be **deposited** into **your account** in the **Constitutional Treasury Department Depositary.**

# NON-UCC LAWS found in UCC 9 – Which is addressing the Constitutional, Amended and Statutory REPUBLIC *"NON-UCC"* CHOICE-OF-LAWS and Republic Jurisdiction for this Nation, as being the Superior Laws of the United States of America.

## 5. Deposit Accounts.

Under new subsection (b)(1), the **only method of perfecting a security interest** in a deposit account as original collateral is by **Control**. Filing is ineffective, except as provided in Section 9-315 with respect to proceeds. As explained in Section 9104, **"Control"** can arise as a result of an agreement among the **Secured Party**, DEBTOR, and BANK, whereby the bank agrees **to comply with instructions of the Secured Party** with respect to disposition of the funds on deposit, even though the **DEBTOR** retains the right to direct disposition of the funds. Thus, subsection (b)(1) takes an intermediate position between certain **NON-UCC LAW**, which conditions the effectiveness of a security interest on the **Secured Party's** enjoyment of such dominion and control over the deposit account that the **DEBTOR** is unable to dispose of the funds, and the approach this Article takes to securities accounts, under which a secured party who is unable to reach the collateral without resort to judicial process may perfect by filing. By conditioning perfection on "control," rather than requiring the **Secured Party** to enjoy absolute dominion to the exclusion of the **DEBTOR**, subsection (b)(1) permits perfection in a wide variety of transactions, including those in which the **Secured Party** actually relies on the deposit account in extending credit and maintains some meaningful dominion over it, but does not wish to deprive the **DEBTOR** of access to the funds altogether.

## 4. Liability of Bank.

This Article does not determine whether a **BANK** that pays out funds from an encumbered deposit is liable to the holder of a security interest. Although the fact that a **Secured Party** has control over the deposit account and the manner by which control was achieved may be relevant to the imposition of liability, whatever rule applies generally when a **BANK** pays out funds in which a third party has an interest would determine liability to a **Secured Party**. Often, this **Rule** is found in a **NON-UCC Adverse Claim Statute**.

This Article does not provide a specific answer to the question of which State's law applies to the restriction on assignment in the example. However, assuming that under **NON-UCC CHOICE-OF-LAW** principles the effectiveness of the restriction would be governed by the LAW of State Y, which governs the franchise agreement, the fact that State X's Article 9 governs the secured transaction between SP and D would not override the otherwise applicable law governing the agreement. Of course, to the extent that jurisdictions eventually adopt identical versions of this Article and courts interpret it consistently, the inability to identify the applicable law in circumstances such as those in the example may be inconsequential.

## 5. Cumulative Remedies.

Former Section 9-501(1) provided that the **Secured Party's** remedies were cumulative, but it did not explicitly provide whether the remedies could be exercised simultaneously. Subsection (c) permits the simultaneous exercise of remedies if the **Secured Party** acts in good faith. The **LIABILITY SCHEME** of Subpart 2 **Affords Redress** to an aggrieved **DEBTOR** or **OBLIGOR**. Moreover, permitting the simultaneous exercise of remedies under subsection (c) does not override any **NON-UCC LAW**, including the **LAW OF TORT** and **STATUTES** regulating collection of debts, under which the simultaneous exercise of remedies in a particular case constitutes abusive behavior or harassment giving rise to liability.

## 5. Multiple Secured Parties.

More than one **Secured Party** may be entitled to take possession of collateral under this section. Conflicting rights to possession among **Secured Parties** are resolved by the priority rules of this Article.

Thus, a **Senior Secured Party** is entitled to possession as against a **Junior** claimant. **NON-UCC LAW** governs whether a junior secured party in possession of collateral is liable to the senior in conversion. Normally, a **Junior** who refuses to relinquish possession of collateral upon the demand of a **Secured Party** having a superior possessory right to the collateral would be liable in conversion.

## 3. TITLE-CLEARING Systems UNDER OTHER LAW.

Applicable **NON-UCC LAW** (e.g., a **Certificate-Of-Title** STATUTE, federal registry rules, or the like) may provide a means by which the **Secured Party** may obtain or **Transfer Record or Legal Title** for the purpose of a disposition of the property under this Article. The mechanism provided by this section is in addition to **Any TITLE CLEARING Provision Under LAW,** other than this Article.

### Scope.

The basic damage remedy under Section 9-625(b) is subject to the special rules in this section for transactions other than consumer transactions. This section addresses situations in which the amount of a deficiency or surplus is in issue, i.e., situations in which the secured party has collected, enforced, disposed of, or accepted the collateral. It contains special rules applicable to a determination of the amount of a deficiency or surplus. Because this section affects a person's liability for a deficiency, it is subject to Section 9-628, which should be read in conjunction with Section 9-605. The rules in this section apply only to noncompliance in connection with the "collection, enforcement, disposition, or acceptance" under Part 6. For other types of noncompliance with Part 6, the general liability rule of Section 9-625(b) - recovery of actual damages-applies. Consider, for example, a repossession that does not comply with Section 9-609 for want of a default. The **DEBTOR'S** remedy is under Section 9-625(b). In a proper case, the secured party also may be liable for conversion under **NON-UCC LAW.** If the secured party thereafter disposed of the collateral, however, it would violate Section 9-610 at that time, and this section would apply.

Other problems arise from transactions and relationships that were entered into under former Article 9 or under **NON-UCC LAW** and which remain outstanding on the effective date of this Article. The difficulties arise primarily because this Article expands the scope of former Article 9 to cover additional types of collateral and transactions and because it provides new methods of perfection for some types of collateral, different priority rules, and **Different Choice-Of-Law** Rules Governing Perfection and Priority. This Section and the other sections in this Part address primarily this second set of problems.

---

## You're Taking CONTROL Procedure: using the REPUBLIC "CHOICE-OF-LAWS".

1. **Registered Mailed "Private NON-UCC" of Your Foreign Contract TRUSTS.**
2. **Registered Mail "Transfer of DEEDS" of Your Foreign Contract TRUST, with their supporting General Accounting forms.**
   a. **SF-30** – MODIFICATION OF CONTRACT. *(To be used by the Owner to Control the Contract.)*
   b. **SF-1414** - CONSENT OF SURETY. *(Owner's control over the SURETY.)*
   c. **SF-1416** - PAYMENT BOND FOR *OTHER THAN CONSTRUCTION* CONTRACTS. *Republic Credit Asset reservoir depository, as the Collateral foundation for the Performance Bonds.*
   d. **SF-1418** - PERFORMANCE BOND FOR *OTHER THAN CONSTRUCTION* CONTRACTS. *(Was to be used to pay all the Bills and Taxes.)*

## Per NON-UCC "CHOICE-OF-LAW" in the United States Peoples Republic Jurisdiction:

   a. **The Constitution of the United States: per the Peoples - Article 4.**
   b. **1st volume of the Statutes at Large; Fifth Congress. Sess. II: Chapters 49 and 50.**

c. 15th volume of the Statutes at Large; Fortieth Congress, Sess. II: CH. 2**49**, 1868; the ***Expatriation Act***.

d. The **13**<sup>th</sup> and **14**<sup>th</sup> Amendments; on Servitude and Insurrection.

e. **HJR-192; which allowed for the transfer of Republic Credits to the Foreign <u>BANKRUPT</u> UCC CONTRACTORS using Foreign Commercial BONDAGE <u>Contract TRUSTS</u>.**

# NOTICE FEE SCHEDULE

## Lawful Legal Notice

### Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent

Date created: August 10, 2024; last updated: August, 10 2024  (check per incident)

To whom it may concern;

i, the woman: Theya-Prakashini: Kanagaratnam, do hereby give notice of this fee schedule instated by i [hereinafter, the undersigned], sui juris, a living blood, living soul, American Public Citizen / American National, Secured Party Creditor, and authorized representative of the Social Security Cestui Que Trust in regard to any private property, nunc pro tunc, ab initio from the date of the creation of the "SIVAGNANAPRAGAJINI KANAGARATNAM ™©1965" (January 7, A. D. 1965), now "THEYA PRAKASHINI KANAGARATNAM™©1988" (AUGUST 9, A. D. 1988) cestui que vie private estate trust to the present THEYA PRAKASHINI KANAGARATNAM™©1988, THEYA P. KANAGARATNAM, THEYA P KANAGARATNAM, THEYA KANAGARATNAM, and any permutation thereof (herein Trust THEYA PRAKASHINI KANAGARATNAM™©1988) for use in any business conducted with i, the woman, involving or not involving Trust THEYA PRAKASHINI KANAGARATNAM™©1988; A Power of Attorney has been published on the public record: https://bit.ly/3SV3Z2d, granting Theya-Prakashini: Kanagaratnam  full freedom to operate on behalf of THEYA PRAKASHINI KANAGARATNAM™©1988;

The undersigned says all fees are due and must be paid before any said business can commence; in the event invoicing becomes necessary, invoiced bills are due fifteen days (15) after the day of receipt; if fees are not paid, it is the right of the undersigned, to refuse or void any form of business interaction or transaction and to seek compensation for breach of contract;

The undersigned says the fees for contracting with the undersigned, the woman Theya-Prakashini: Kanagaratnam are determined by the undersigned's right to contract freely, including determining the fees for the undersigned's services.  Conversely, the fees for contracting with the undersigned's artificial fiction, THEYA PRAKASHINI KANAGARATNAM™©1988 will be governed by the UCC codes (18 U.S. Code § 3571 - Sentence of fine).  In the event the UCC codes do not apply or cover the damages, the fees of the living woman  Theya-Prakashini: Kanagaratnam will be the default. These fees are required and non-negotiable against the CORPORATION and/or ENTITY and/or the man and/ or woman acting as informant, contact, agent, principal, officer, captain, chief, supervisor, employer, clerk, judge, administrator, staff, assignee, successor, attorney, doctor, nurse, the medical staff and corporate officer of any kind; fees are listed per instance unless otherwise stated;

The undersigned says all claims are stated in US Dollars which is defined, for this purpose, as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the tithe undersigned of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above; a bank draft money order will be accepted and is required to be payable to: THEYA KANAGARATNAM, c/o 2316 Lakeshore Avenue, Unit 16 [near: CA], Oakland (19) Cal. u. S. of A.;

Furthermore, witnessed through this fee schedule notice, if you willfully and knowingly injure the undersigned, the undersigned has the authority to create a Claim of Lien against you and file a financing statement against you supporting the lien as the undersigned deems necessary to protect the undersigned property and rights if needed at any tithe undersigned. Additionally, in order to facilitate the undersigned's rights under this fee schedule notice and Security-Agreement you agree that the undersigned has your Power of Authority/Attorney to file anything to bring about the "payment" of this debt and protect the undersigned, the undersigned's

Recorded with PublicRecordPosting.com
08/20/2024 at 9:49 PM UTC
on Alameda County, California
by Theya Prakashini Kanagaratnam
Record #: b18d2b78-5050-4e93-b18b-b28b51f6e961
Viewable at: https://bit.ly/46Xk2CA

property and the undersigned's rights and that you have no right of action in law or at law or any other action in equity or Admiralty or any other law herein written or implied against the undersigned or any of the undersigned's filings;

Additionally, you agree that you grant your Power of Authority/Attorney to the undersigned, John-Doe: Smith, so that I am able to collect the damages through a lien, UCC-1, UCC-3, Treasury forms 1040-V and 1040, 1099-A and 1099-OID. Additionally, you agree that every year an additional set of liens can be filed with the Treasury if such injury to the undersigned persists on a yearly basis. It is understood that even though a Treasury Form 1040 is for a Tax Class 2 and the 1099- A and 1099-OID are a Tax Class 5, the undersigned do not know any other way of filing this debt for collection other than to use these forms, so the undersigned use them "without prejudice." "The ability to place a lien upon a (wo)man's property, such as to temporality deprive him(her) of its beneficial use, without any judicial determination of probable cause dates back not only to the medieval England but also to Roman tithe undersigneds." United States Suprethe undersigned Court, 1969, Sniadach v. Family Finance Corp., 395 U.S. 337,349;

The undersigned is the only authorized representative to alter, void, and or enforce said fees, which are subject to change at any tithe undersigned without prior notice;

With explicit reservation of all the undersigned's unalienable and Constitutionally protected Rights, with none waived, and without prejudice;

Without Prejudice All Rights Reserved
Void Where Prohibited by law
[Comm. Code §§ 1-308, 1-103(b) and 3-402(b)(1)]

By: _Theya: Kanagaratnam_ ©

Theya-Prakashini: Kanagaratnam, Authorized Signatory, Beneficiary, Agent, Executor for: THEYA PRAKASHINI KANAGARATNAM™©1988, ens legis
a.k.a the Social Security Trust number 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,
(not now nor ever was i an Accommodation Party or Surety)

# SERVICE FEES

| | | |
|---|---|---|
| a. | Answering Questions, Providing Information (per hour) | $ 250 |
| b. | Studying / Analyzing / Researching, Writing / Preparing Docuthe undersignednts (per hour) | $ 250 |
| c. | Providing Trade Nathe undersigned Materials | $ 5,000 |
| d. | Providing Social Security Number | $ 50,000 |
| e. | Providing Domicile Address | $ 100,000 |
| f. | Demand of Driver's License | $ 150,000 |
| g. | Providing Passport book or Passport ID written or verbally demanded by informant | $ 150,000 |
| h. | Retinal Scans | $ 150,000 |
| i. | Fingerprinting | $ 150,000 |
| j. | Photographing or recording likeness | $ 150,000 |
| k. | Photographing or recording private property | $ 1,000,000 |
| l. | Mouth swab | $ 1,000,000 |
| m. | Nasal swab | $ 1,000,000 |
| n. | Blood samples | $ 1,000,000 |
| o. | Urine sample | $ 1,000,000 |
| p. | Breathalyzer testing | $ 1,000,000 |
| q. | Hair / skin / clothing samples | $ 1,000,000 |
| r. | Giving of fluids / samples | $ 5,000,000 |
| s. | Financial Information, (per hour) | $ 10,000 |

08/20/2024 at 9:49 PM UTC
on Alameda County, California
by Theya Prakashini Kanagaratnam
Record #: b18d2b78-5050-4c93-b18b-b28b51f6e961
Viewable at: https://bit.ly/46XR2CA

**Private Motor Carrier Matters:**

| | | |
|---|---|---|
| a. | Request to pull over motor carrier | |
| b. | Warning Issued | $ 50,000 |
| c. | Citation Issued | $ 50,000 |
| d. | Tithe undersigned Spent Addressing Traffic Citation (per 15 min) | $ 25,000 |
| e. | Tithe undersigned in Court (per 15 min) | $ 75,000 |
| f. | A Fine is Imposed for use of a Private Motor Carrier/Convenance | $ 100,000 |
| g. | Unauthorized Relocation of Motor Carrier/Convenance | $ 100,000 |
| h. | Seizure of Motor Carrier/Conveyance | $ 100,000 |
| i. | Theft of Motor Carrier/Conveyance License Plate | $ 10,000 |
| j. | Unlawful Lien on Motor Carrier/Conveyance | $ 50,000 |
| k. | Refusal to honor Release of Liability Notice | $ 50,000 |
| l. | Property stolen from inside of Private Motor Carrier/Conveyance | $ 150,000 |

**Medical Services:**

| | | |
|---|---|---|
| a. | Refusal of "loved one's" attendance to be with or by "patient" | $ 10,000 |
| b. | Refusal of "loved one's" attendance while discussing or receiving the medical procedures | $ 50,000 |
| c. | Refusal of services based on anything not written in business terms of service | $ 50,000 |
| d. | Demand of the medical procedure and/or device as condition for service(s) | $ 50,000 |
| b. | Refusal of entrance based on unwanted the medical procedure and/or device | $ 50,000 |
| e. | Attempted bodily tampering without permission | $ 50,000 |
| f. | Actual bodily tampering (such as injections, vaccines, the medical device usage, etc.) | $ 1,000,000 |
| g. | Injections, including "vaccines" demanded as terms of service or employment | $ 1,000,000 |
| h. | Medical airway obstruction devices demanded as terms of service or employment or travel | $ 50,000 |
| i. | Medical isolation as terms of service or employment or travel | $ 50,000 |
| j. | Demand of documents and/or the medical information as terms of service or employment or travel | $ 50,000 |
| k. | Demand closure of business due to mandate, recommendation, guideline, proclamations etc., | $ 50,000 |
| l. | Closure of business due to mandates, recommendations, guidelines, proclamations etc., | $ 500,000 |
| m. | Forced psychiatric evaluations | $ 500,000 |

**"Child Protective Services (CPS)"**

| | | |
|---|---|---|
| a. | Call made to CPS by informant | $ 1,000,000 |
| b. | Call from CPS | $ 50,000 |
| c. | NOTICE Issued from CPS | $ 50,000 |
| d. | Tithe undersigned Spent Addressing NOTICE from CPS (per 15 min) | $ 25,000 |
| e. | Unlawful claim of Parens Patriae | $ 1,000,000 |
| f. | Refusal to honor certificate of non-citizen national status passport | $ 1,000,000 |
| g. | Benefiting Financially from peonage, slavery and trafficking in persons (18 U.S.C. § 1593A) | $ 1,000,000 |
| h. | Unlawful detainment of by CPS, plus $1 per second kidnap continues | $ 75,000,000 |

**Violations of Privacy**

| | | |
|---|---|---|
| a. | Spying, listening, recording, etc. without permission | $ 1,000,000 |
| b. | Posting likeness, images, of self and/or property without permission | $ 1,000,000 |
| c. | Obtaining Copyrighted Property by False Pretenses | $ 1,000,000 |

d. Stalking

## Income Tax

| | | |
|---|---|---|
| a. | Refusing to accept correct tax withholding documentation | $ 50,000 |
| b. | Fraud/nondisclosure of citizenship status [28 U.S.C. § 3002 15(a)] related to "taxes" | $ 150,000 |
| c. | Unauthorized tax withholding (Peonage 18 U.S.C. § 1581) | $ 50,000 |
| d. | Unauthorized tax withholding (Enticement Into Slavery 18 U.S.C. § 1583) | $ 50,000 |
| e. | Unauthorized tax withholding Forced labor 18 U.S.C. § 1589) | $ 50,000 |
| f. | Sale into involuntary servitude (18 U.S.C. § 1584) | $ 1,000,000 |
| g. | Benefiting Financially from peonage, slavery and trafficking in persons (18 U.S.C. § 1593 A) | $ 1,000,000 |
| h. | Discrimination of Foreign National regarding employment (American National) (18 U.S.C. § 112) | $ 1,000,000 |
| i. | Retaliation of employee based on country or origin and/or "tax payer" status (IRCA) | $ 1,000,000 |

## Selective Service

| | | |
|---|---|---|
| a. | Demand for registration of selective service | $ 5,000 |
| b. | Fraud/nondisclosure of citizenship status [28 U.S.C 3002 15(a)] related to selective service | $ 5,000 |
| c. | Refusal to honor selective service contract cancellation | $ 10,000 |
| d. | Peonage (18 U.S.C. § 1581) | $ 1,000,000 |
| e. | Enticement Into Slavery (18 U.S.C. § 1583) | $ 1,000,000 |
| f. | Sale into involuntary servitude (18 U.S.C. § 1584) | $ 1,000,000 |
| g. | Forced labor (18 U.S.C. § 1589) | $ 1,000,000 |
| h. | Benefiting Financially from peonage, slavery and trafficking in persons (18 U.S.C. § 1593A) | $ 1,000,000 |
| i. | Unlawful detainment into selective service, plus $1 per second kidnap continues | $ 75,000,000 |

## Negotiable Instruments

| | | |
|---|---|---|
| a. | Failure to Perform Fiduciary duty | $ 50,000 |
| b. | Breach of Contract (UCC § 3-603(b)) | $ 50,000 |
| c. | Laundering of Monetary Instruments (18 U.S.C § 1956) | $ 100,000 |
| d. | Transportation of Stolen Securities (18 U.S.C. § 2314) | $ 100,000 |
| e. | Securities and Commodities Fraud (18 U.S.C. § 1348) | $ 100,000 |
| f. | Peonage (18 U.S.C. § 1581) | $ 1,000,000 |
| g. | Enticement Into Slavery (18 U.S.C. § 1583) | $ 1,000,000 |
| h. | Sale into involuntary servitude (18 U.S.C. § 1584) | $ 1,000,000 |
| i. | Forced labor (18 U.S.C. § 1589) | $ 1,000,000 |
| j. | Benefiting Financially from peonage, slavery and trafficking in persons (18 U.S.C. § 1593A) | $ 1,000,000 |
| k. | Unlawful detainment into selective service, plus $1 per second kidnap continues | $ 75,000,000 |

## Land and/or Domicile

| | | |
|---|---|---|
| a. | Unauthorized Trespass on Private land and/or domicile | $ 10,000 |
| b. | Unauthorized Trespass on Private land and/or domicile | $ 150,000 |
| c. | Property stolen from from Private land and/or domicile | $ 150,000 |

d. Obtaining Property by False Pretenses
e. Eviction/Ejectment from Private Domicile

# **Court**

| | | |
|---|---|---|
| a. | Demand For Appearance In Court as putative defendant or respondent | $ 50,000 |
| b. | Tithe undersigned spent appearing in court as putative defendant or respondent | $ 50,000 |
| c. | Failing to file documents on demand | $ 50,000 |
| d. | Deprivation of Rights Under Color of Law ( 18 U.S.C. § 242) | $ 250,000 |
| e. | Criminal Coercion | $ 500,000 |
| f. | Criminal Contempt of Court | $ 500,000 |
| g. | Estoppel by Election | $ 350,000 |
| h. | Estoppel by Laches | $ 350,000 |
| i. | Equitable Estoppel | $ 500,000 |
| j. | Fraud | $ 1,000,000 |
| k. | Fraud Upon the Court | $ 2,000,000 |
| l. | Larceny | $ 250,000 |
| m. | Grand Larceny | $ 250,000 |
| n. | Larceny by Extortion | $ 1,000,000 |
| o. | Larceny by Trick | $ 1,000,000 |
| p. | Obstruction of Justice | $ 100,000 |
| q. | Obtaining Property by False Pretenses | $ 1,000,000 |
| r. | Simulating Legal Process | $ 2,000,000 |
| s. | Vexatious Litigation | $ 5,000,000 |
| t. | Failure to Honor Letters Rogatory | $ 5,000,000 |
| a. | Failure to honor Power of Attorney | $ 5,000,000 |
| b. | Failure to honor Passport Explanatory Statement | $ 5,000,000 |
| c. | Failure to honor American National/American Citizen status and/or jurisdiction | $ 5,000,000 |
| d. | Kidnapping/unlawful incarceration, plus $1 per minute the trespass continues | $ 1,000,000 |
| e. | Unlawful detainment/cuffing, plus $1 per minute the trespass continues | $ 500,000 |
| f. | Theft/Unlawful Seizure of property, plus $1 per minute the trespass continues | $ 250,000 |
| g. | Armed Robbery, plus $1 per minute the trespass continues | $ 500,000 |
| h. | Barratry, plus $1 per minute the trespass continues | $ 500,000 |
| i. | Extortion, plus $1 per minute the trespass continues | $ 250,000 |
| j. | Loss, plus $1 per minute the trespass continues | $ 250,000 |
| k. | Fraud, per occurrence | $ 1,000,000 |
| l. | Failure to post Oath of Office on the public record | $ 50,000 |
| m. | Failure to honor Oath of Office/have Proper Oath of Office | $ 250,000 |
| n. | Failure to Honor/No Bond | $ 5,000 |
| o. | Phone call to the undersigned's telephone number from alleged debt collectors, each call | $ 5,000 |
| p. | Telephone Message Left On Phone, each | $ 5,000 |
| q. | Use of Street Address/Mailing Location, each | $ 5,000 |
| r. | Tithe undersigned Waiting for Scheduled Service, per hour | $ 1,000 |

s. Detention From Free Movement and/or cuffed

t. Incarceration

u. Failure to Follow Federal and/or State Statues, Codes, Rules, and/or regulations     $ 50,000/per

v. Failure to State a Claim Upon Which Relief Can Be Granted     $ 25,000

w. Failure to Present a Living Injured Party     $ 100,000

x. Failure to Provide Contract Signed by the Parties     $ 100,000

y. Default By Non Response or Incomplete Response     $ 100,000

z. Racketeering     $ 1,000,000

aa. Theft of Public Funds     $ 1,000,000

bb. Dishonor in Commerce     $ 1,000,000

cc. Use of Common-law, Trade-nathe undersigned/Trade-mark after one warning     $ 50,000/each

dd. Failure to pay Counterclaim in full within (30) days of Default, as set forth herein     $ 1,000,000

## *Notice of Waiver of Tort & Personal Liability

## Cestui Que Trust Use & Extortion

Attempted use and/or extortion of funds from Social Security Cestui Que Trust THEYA PRAKASHINI KANAGARATNAM ™©1988, THEYA PRAKASHINI KANAGARATNAM, THEYA P KANAGARATNAM, THEYA KANAGARATNAM, and any permutation

thereof, or any other associated accounts by fraud, deception and or Forgery by any man or woman who plays the role of agent, entity, or corporation:     $ 6,000,000 per count or charge

      a. Attempted extortion of signature     $ 6,000,000 per count or charge

      b. Attempted forgery of signature     $ 6,000,000 per count or charge

Recorded with PublicRecordPosting.com
08/20/2024 at 9:49 PM UTC
on Alameda County, California
by Theya Prakashini Kanagaratnam
Record #: b18d2b78-5050-4c93-b18b-b28b51f6e961
Viewable at: https://bit.ly/46Xk2CA

## JURAT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California

County of __Alameda_____ } SS.

Subscribed and sworn to (or affirmed) before me on this _13th_ day of _August_, 20_24_, by

_Theya Prakashini Kanagaratnam_____, proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

RAYMOND KIM
Notary Public - California
Alameda County
Commission # 2403501
My Comm. Expires May 5, 2026

_____
NOTARY'S SIGNATURE

PLACE NOTARY SEAL IN ABOVE SPACE

### OPTIONAL INFORMATION

The information below is optional. However, it may prove valuable and could prevent fraudulent attachment
of this form to an unauthorized document.

CAPACITY CLAIMED BY SIGNER (PRINCIPAL)

☐ INDIVIDUAL
☐ CORPORATE OFFICER _____
☐ PARTNER(S)                          TITLE(S)
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: _____

_____
_____

ABSENT SIGNER (PRINCIPAL) IS REPRESENTING:
NAME OF PERSON(S) OR ENTITY(IES)

_____
_____

DESCRIPTION OF ATTACHED DOCUMENT

__NOTICE FEE SCHEDULE__
TITLE OR TYPE OF DOCUMENT

__6__
NUMBER OF PAGES

__August 10, 2024__
DATE OF DOCUMENT

OTHER

RIGHT
THUMBPRINT
OF
SIGNER

Top of thumbprint here

J01/2015          NOTARY BONDS, SUPPLIES AND FORMS AT HTTP://WWW.VALLEY-SIERRA.COM     ©2005-2017 VALLEY-SIERRA INSURANCE

# EXHIBIT 3

Date: 08/10/2024

From: Theya; Kanagaratnam
*A Republic Californian per the Laws of 13*
℅ 2316 Lakeshore Avenue Unit 16
Oakland, Republic of California
CA 94606-1055 US
Phone #: (510) 356-5776

TO: U.S. Republic - Secretary of the Treasury
 Honorable: Janet Yellen
 or Authorized Treasury Processing Agent
 1500 Pennsylvania Avenue, NW
 Washington, DC 20220

Subject: TRANSFER BY DEED of my <u>Republic</u> Grantor Borrowed Treasury Credits.

Dear Secretary of the Treasury or Authorized Processing Agent,

   I am, a Californian **Republic Banking Owner of Age and Logical republic law understandings; therefore I am INVOKING** the **Republic Just Banking Laws of <u>13,</u>** in order to come-out of the Foreign Controlled **USURY** Commercial and Destructive Banking System of the usage of three <u>9's</u> or the Babylonian inverted dead 9's; as <u>666,</u> the mark of the usury beast.

> I INVOKE, the Constitutional LAWS per Article 4, the Peoples power to **guarantee a Republic Form of Governmental Just Banking System in this Nation, as it is based upon the BIBLICAL Just Republic Banking Laws of the 13th Tribe, as our Just Banking Powers per the "Republic Laws of 13", as it is addressed and identified in the Great Seal of "13s" for this Nation. But in this Nation, the Republic Laws of "13"** are hidden in the usage of the numbers such as "1776", "49", "249" and Post Office system of 4 letters and 9 numerical digits; because the 2 digits highlighted all add up to 13 and this was no accident.
>
> I am INVOKING the Republic Laws; per Article 4, section 4 of the National Constitution **Guaranteeing a Republic form of a Permissive and Sub-Servient Government, as I am a Californian from the California Republic and I am REVOKING** the Unjust Banking "Laws of 9" from the **FOREIGN DERIVATIVE COMMERCIAL STATES.** From this point forward all **REPUBLIC LAW VIOLATORS** will be **CHARGED with INSURRECTION and TREASON** per the 14th Amendment.

   Therefore, I am making this **"TRANSFER BY DEED"** per #<u> RE 214 632 586 US,</u> as a Republic Declaration of my **DEBTOR'S TRUST** to be Transferred to the United States Republic **"Secretary of the Treasury"** and per the **United States Republic Governmental Banking Constitution, its Amendments, and Statutes at Large.** This Action is to be completed as a Law requirement **within 3 days after the delivery** has been accepted, as the time of the **Death** of the Debtor to his Jubilee **Resurrection** into the Republic just banking system.

   This <u>Cause of Action</u> is a Redress of Grievances against the Foreign Controlled USURY Commercial and Destructive Banking System – UCC Contract TRUST Insurrections for my **Republic Banking Freedoms.** The Action is in compliance with the Law and Just Settlement is an Obligation Directed by the 1st volume of the **Statutes at Large; Fifth Congress. Sess. II: Ch. <u>49,</u> section 1; where the said Secretary Janet Yellen is hereby Authorized to Receive from** such **DEBTOR,** any <u>DEED, Assignment,</u> or <u>Conveyance</u> of the real or personal estate of such DEBTOR. But it is followed up with Ch. <u>50</u> which stands for the Jubilee of the Debt. It is also fully supported by the **15th Volume of the Statutes at Large; Fortieth Congress, Sess. II: CH. <u>249,</u> 1868; An Act** concerning the <u>Rights</u> of <u>American Citizens</u> in <u>foreign</u> States; later known as the *<u>Expatriation Act.</u>* The People's protective

Page 1 of 2

actions from the Foreign Usury Banking System of **Hidden Servitude** was further addressed in the **13th Amendment and protected by the 14th Amendment.**

**The Obligator Processing by the Secretary of the Treasury is to accomplish 3 items:**

1. **Transfer** from the **Foreign Usury Contract TRUSTS**, the borrowed **Credits** back to the **Treasury** to set-off the portion of the **National Debt of Credits** owed to the **Republic Treasury**.
2. Cut away the **Foreign Usury Custom Tariff Taxes.**
3. **Restore** to the **Guarantor**, his **Just Labor** and **Entitlement** – in the form of an **Un-Taxable Credit Debiting Account** and **Withdrawal Card.**

This is now the Obligation of the **Republic Treasury Department** to insure that the **Foreign UCC Contract Trust** and the **Commercial CONTRACTOR's** transfer the required Credits to settle all Debts, including all National Taxes and Fees and my Requested Servitude Labor Compensation, from their **Contractor's** Trust Bonds; held as **Performance Bonds** (high interest/Taxable bonds) and **Payment Bonds** (low interest/non-taxable **servitude labor** compensation bonds). All of my other *Foreign "False FEDERAL" Commercial Banking Governmental* contracted UCC Contract Trusts are to be suspended as they are **Foreign Banking Bonded Trust of Insurrections.** They will be endorsed over for their monetary Liquidations and Deposits into the National Government Treasury Depositary, when they are properly requested by the Republic Government Treasury and Just **Banking Agents.**

I thank you for your Time and Service.

Posted and Signed by the Republic Debtor's - **Owner/Guarantor/Transferor:**

By: *theya; Kanagaratnam*

**Theya; Kanagaratnam**
**Republic Californian per "CA 94606-1055 US"**

*(Under the Owner's living Seal)*



**Attachments:**
1. Document showing my Republic Identity.
2. Certified copy of my owner's **NON-UCC #** RE 214 632 643 US.
3. Certified copy of my **TRANSFER BY DEED #** RE 214 632 586 US.
4. "Certificate of Naturalization" Contract TRUST package.
5. SOCIAL SECURITY Contract TRUST package.

Case: 24-40209    Doc# 43    Filed: 11/15/24    Entered: 11/15/24 12:14:33    Page 33 of 38

```
Copy Certified By:
_____

Title of Office:
_____

Dated: _____
```

**My Original <u>TRANSFER DEED</u> filing per my Private Registered Mailing #: <u>RE 214 632 586 US</u>**

**Date Posted and Recorded: August 7, 2024**

I **<u>INVOKE</u>** the Constitutional LAWS of our Republic Form of Governmental Banking System in this Nation, as it is based upon the BIBLICAL Just Banking Laws of the <u>13</u><sup>th</sup> Tribe, as our just banking powers of <u>13</u> are identified in the <u>Great Seal of this Nation</u>.

<u>TRANSFER</u> by <u>DEED</u> of my California Grantor Contracted Republic Treasury Borrowed CREDITS to the U.S. Republic Treasury, as a lawful CREDIT Restoration.

This **Transfer by Deed** of my Republic Grantor Credits to the Foreign CONTRACTORS as Contract Trust for Payment Bonds and Performance Bonds is made and effective on the date of this Posting.

**BETWEEN:** <u>THEYA KANAGARATNAM</u>, (the "California Republic <u>Grantor</u>" #98-6130461), one of the "We the People" Servants and existing under the Constitutional Republic Laws per **Article 4 section 1**, with her office located at: **2316 LAKESHORE AVENUE, UNIT 16, OAKLAND, CALIFORNIA 94606-1055.**

**AND:** <u>Theya; Kanagaratnam</u>, (the "California Republic <u>Guarantor of 13</u>"), one of the "We the People" and existing under the Constitutional Republic Laws per **Article 4 section 4**, with his **office of <u>13</u>** located at: **2316 Lakeshore Avenue, Unit 16, Oakland, Republic of California; "<u>CA 94606-1055 US</u>".**

**AND Transferred to:** the U.S. Republic - <u>Secretary of the Treasury</u>, as the Settlement **Obligator.**

I **INVOKE the REPUBLIC LAWS;** per Article 4 of the National Constitution Guaranteeing a <u>Republic</u> form of Government, as a <u>Californian from the California Republic</u> and I <u>REVOKE the Laws of Foreign Derivative Commercial STATES</u>. From this point forward all REPUBLIC VIOLATORS will be CHARGED with INSURRECTION and TREASON per the 14th Amendment, Section 3.

## CREDIT TRANSFER DEED - CAUSE OF ACTION:

The present Banking system in the Republic United States of America is in total **Violation** of the Free and Just Republic Banking System, as declared by Treaty and as it was established by the Constitutional Banking Charter. The Foreign **Three "9" digit accounts** or <u>inverted 6-6-6</u>, is the <u>modern Babylonian "Bail 666 Money" USURY Banking System</u> in full operation in <u>America</u> as follows:

1. **The CONTRACTOR'S – DUNS #** in the form of <u>12-345-6789</u>.
2. **The INDIVIDUAL'S – SSN #** in the form of <u>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</u>.
3. **The EMPLOYER'S – EIN #** in the form of <u>12-3456789</u> **OR** as an Employment/Customer **Account** Number - in the form of <u>123456789</u> *(may contain Letters in place of numbers).*

## This DEED'S TERMS of Assigned Obligations to the <u>Republic - Secretary of the Treasury</u>.

As an American Republic Consideration Solution; **I am** restoring my Granted Credits and Assets to the Just Republic Banking System. Therefore **I am, SURRENDERING** my **Republic** Paper **SHADOW Subservient Individual "Identity Theft" Trade FUGITIVES;** per the attached **<u>UNITED STATES CORPORATION COMPANY</u>** Foreign STATE Commercial **"Babylonian" SIGNATURE** Monument CREDIT **"CONTRACT TRUST"** Acceptance Documents and **I am Claiming** their Commercial Trade **Reward Bounties** per Title 15 USC § 1 & 2 and the 14th Amendment section 4.

**I am** TRANSFERRING by **DEED** all of my Foreign and Granted Contracted TRUST Borrowed CREDITS per the attached **SF-30 Contract Modification Form** to CANCEL, per UCC 2A-505; and SF-**1414, SF-1416** and **SF-1418** forms. The Foreign Babylonian CONTRACTOR'S Bailment/Bondage

Contracts that **I am turning over to** the U.S. Secretary of the "Republic" Treasury are per the **Statute at Large requirements**; as she is now the **Contract Holder** and **Obligator to Justly Liquidate** these Foreign and Deceptive Usury Anti-American Babylonian Banking CONTRACT TRUSTS. The **U.S. Secretary of the "Republic" Treasury or Authorized Processing Agent** is now by this **Transfer DEED**; the ones having by **DEED**, the **Obligator Authority** to:

1. Transfer from the Foreign Usury CONTRACTS, the borrowed Credits back to the Treasury to set-off the portion of the National Debt of Credits owed back to the Republic Treasury.
2. Cut away the Foreign Usury Custom Tariff Taxes.
3. Restore to the Guarantor per the laws of 13, her Just Labor and Entitlement – in the form of an UnTaxable Credit Debiting Account and Withdrawal Card.

## DESCRIPTION OF THE PROPERTIES TRANSFERRED BY DEED:

The following list is of my **key 7 Republic FUGITIVE Paper Monument Foreign CONTRACT TRUST Documents** are attached to provide the Death instruments of the **"BAILMENT SURETY" FUGITIVES**, which are being held in Fraudulent Bondage by the **Foreign Commercial STATES under Bondage, as Trade and/or Bank Acceptances:**

**My Republic FUGITIVE Credit - Trade Acceptances between the U.S. Treasury and the Federal Reserve Banks:**

1) **STATE OF MARYLAND** "Certificate of Naturalization" (which replaces the Certificate of Live Birth) Contract TRUST Account # **A28935476** per the attached Certificate # **21511479**.

**My Republic FUGITIVE Credit - Bank Acceptances between the CONTRACTORS and the Federal Reserve Banks:**

2) **SOCIAL SECURITY Contract TRUST Account #** **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** per the attached Certificate # **H07134432**.

**All Other associated SSN – 9 Digit CONTRACT TRUST of Credit Bondages, which the U.S. Secret Service "_Enterprise Financial Management System_" and the IRS have been tracking:**

3) All of my **BANK** and **CREDIT CARD** per my CUSTOMER CREDIT Bondage Accounts.
4) All of my **INSURANCE** Accounts per my CUSTOMER CREDIT Bondage policy numbers.
5) All of my **UNITED STATES POSTAL SERVICE - CONTRACT TRUST Accounts** per the 9 digit ZIP Codes.
6) All of my **PUBLIC UTILITY – CONTRACT TRUST** per my CUSTOMER CREDIT Bondage Accounts.
7) All of my **STATE OF CALIFORNIA / MARYLAND CONTRACT TRUST Bondages;** *court cases, etc.*

**IN WITNESS WHEREOF,** the parties hereto have executed this Agreement on the posted date, first above written.

California Republic **GRANTOR # 98-6130461:**

*by: Theya Kanagaratnam*

Authorized Signature.

THEYA KANAGARATNAM – "We the people" Servant
Print Name and Title.

California Republic **GUARANTOR of 13:**

*theya; Kanagaratnam*

Autographed Authorization.

Theya; Kanagaratnam – *CA 94606-1055 US*
Print Name and Republic Title of 13.

*(Under the **Guarantor's** living Seal)*







WE THE PEOPLE:

AN AMERICAN PUBLIC CITIZEN'S

## PROOF OF PUBLIC Law - DEBT INSURANCE Securities Under Private Accounts

Constitution Article IV: Section 1. <u>Full Faith and Credit</u> SHALL BE given in each State to the <u>Public Acts</u>, Records, and Judicial Proceedings of every other State. And the Congress may by <u>General Laws</u> prescribe the Manner in which such <u>Acts</u>, Records and Proceedings Shall Be Proved, and the Effect thereof.

The <u>PROOF is that an American Public Citizen is fully INSURED</u> and that I have a Constitutional Right to access the Public Treasury and the U.S. Bankruptcy Court - Chapter 11 Public "Debtor in Possession" <u>Private</u> numbered accounts; which is based upon the following <u>General Statutory Laws</u>:

"<u>Vol. I, Statutes at Large: Fifth Congress, Sess. II: Ch. 49 and 50</u>"; Debt process of set-off by petitioning the U.S. Secretary of the Treasury for a Treasury Public Debt Relief.
The SECURITIES ACT of 1933 for Government Debt settlements; as "Collateral Trust Certificate" Securities issued by Government Departments, which are required to contain a <u>Collateral Payment</u> Bond and a <u>Performance</u> Bond held as U.S. Bankruptcy Court - chapter 11 Public "Debtor in Possession" <u>Private</u> numbered accounts.
"<u>Certificate of Live Birth</u>"/ "<u>Certificate of Naturalization</u>" which is a Collateral Security as a Government Private Inheritance Credit Transfer from the Public Treasury.
Special Government <u>Private</u> Collateral Securities: "Certificates of Title", "License Certificates", etc.
"<u>Social Security Certificate</u>" which is a Collateral <u>Security</u> as a Government Chapter 11 "Debtor in Possession" numbered account holding the following Collateral <u>Private</u> Securities; "Certificate of Live Birth" / "Certificate of Naturalization"; and all Special Government Collateral Securities.

Government Public Issued Insurance Securities (Performance Bonds) are required to be used for all Public Debt Settlements by the Justice and Court Departments or it stands as a <u>Judicial Concealment</u> of these Public Government Issued Private <u>Securities</u> even though the Judicial Departments are using them for their own Gains.

<u>CONCEALMENT OF SECURITIES:</u> The OFFENSE <u>(punishable by up to SEVEN years of imprisonment)</u> of dishonestly Concealing, Destroying, or Defacing any valuable Security, WILL, OR, any document issuing from a court OR Government Department for the purpose or Gain for oneself or causing Loss to another. Valuable securities include any documents concerning rights over property, authorizing payment of money, or the delivery of property, or evidencing such rights or the satisfying of any obligation.

Date: 08/05/2024

Autographed and Sealed By: _Theya Kanagavatner_ Authorizing Public Signature
Individual Public Banker: per EIN #99-4073140

**STATE OF CALIFORNIA**

**COUNTY OF ALAMEDA**          )

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On this day : _August 5, 2024_ personally appeared before me, known to me or proven to be the person described above and who executed this instrument and acknowledged that she signed the same as her voluntary act and deed, for the uses and purposes therein mentioned.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal hereto affixed on this day of _August_ , 20 _24_ .

Notary's Title of Office: _Notary Public_ . Notary's Public Signature: _____

My commission expires _Nov 13, 2024_ . Under seal

RAJIV KUMAR SHARMA
COMM. # 2337303
NOTARY PUBLIC-CALIFORNIA
ALAMEDA COUNTY
MY COMM. EXP. NOV. 13, 2024

# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove ✕**

## 9589071052701617529479

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 3:30 am on August 23, 2024 in WASHINGTON, DC 20220.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20220
August 23, 2024, 3:30 am

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ∨

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.