Sean Ferry (SBN 310347)
sferry@raslg.com
David M. Coats, (SBN 295684)
dacoats@raslg.com
**Robertson, Anschutz, Schneid & Crane LLP**
1 Park Plaza, Suite 600
Irvine, CA 92614
Telephone: (470) 321-7112

*Attorneys for Creditor*
*U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Theya Prakashini Kanagaratnam,<br>Debtor. | Case No. 24-40209<br><br>Hon. William J. Lafferty<br><br>Chapter 7<br><br>**OPPOSITION TO DEBTOR'S MOTION FOR SUMMARY JUDGMENT (ECF No. 45)**<br><br><u>Subject Property:</u><br>2316 Lakeshore Ave Apt 16<br>Oakland California 94606 |

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Secured Creditor") hereby submits the following Opposition to Debtor's Motion for Summary Judgment (ECF No. 45).

1. Debtor, Theya Prakashini Kanagaratnam ("Debtor"), filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code on February 15, 2024.

- 1 -
**OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (DE# 45)**

2. On or about May 24, 2013, Theya Kanagaratnam ("Borrower") executed a promissory note in the original principal sum of $304,200.00 (hereinafter "Note") which was made payable to Quicken Loans Inc. (hereinafter "Lender"). The Note was and remains secured by a recorded deed of trust (herein after the "Deed of Trust") encumbering the real property located at 2316 Lakeshore Ave Apt. 16, Oakland, CA 94606 (herein after the "Subject Property"). Subsequently, Lender's beneficial interest under the Deed of Trust was transferred to Secured Creditor.

3. On March 20, 2024, Paul Mansdorf, Chapter 7 Trustee, filed his Report of No Distribution.

4. On June 5, 2024, this Court ordered the discharge of Debtor's personal obligation on the Note (ECF No.29).

5. On February 3, 2025, Debtor filed a Motion for Summary Judgment (the "Motion"), challenging Creditor's standing to enforce its lien pursuant to the Deed of Trust.

6. Pursuant to Federal Rules of Bankruptcy Procedure rule 7001(2), if Debtor wishes to challenge the validity of Secured Creditor's lien, she is required to bring an adversary proceeding, rather than filing a motion, particularly a motion such as Debtor's, in which she requests summary judgment without even referencing an underlying motion on which to obtain judgment.

7. Additionally, because the Chapter 7 Trustee has already issued a report of no distribution, and because this Court has already discharged the Debtor, the Subject Property is no longer subject to the automatic stay, and is no longer subject to the jurisdiction of the Bankruptcy Court.

8. Finally, Debtor's Motion appears based upon a "sovereign citizen" theory (writing, for example, that she is "a woman of flesh and blood, standing on my own square, upon the land of California Republic"). The Ninth Circuit Court of Appeals has rejected arguments

premised on the sovereign citizen ideology as meritless. (See *United States v. Studley*, 783 F2.d 934, 937 n.3 (9th Cir. 1986); *Bland v. Moffett* No. 119CV01750JLTSKOPC, 2022 WL 1198382 at *3 (E.D. Cal. Apr. 22, 2022), report and recommendation adopted, No. 119CV01750JLTSKOPC, 2022 WL 1507034 (E.D. Cal. May 12, 2022).

9. For the foregoing reasons, Secured Creditor opposes Debtor's Motion.

10. Secured Creditor reserves the right to supplement this Opposition at or prior to any hearing on Debtor's Motion.

Respectfully submitted,

**Robertson, Anschutz, Schneid & Crane LLP**

Dated: March 17, 2025

s/ David Coats
David M. Coats, (SBN 295684)
*Attorney FOR Creditor U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST*

Sean Ferry (SBN 310347)
sferry@raslg.com
David M. Coats, (SBN 295684)
dacoats@raslg.com
**Robertson, Anschutz, Schneid & Crane LLP**
1 Park Plaza, Suite 600
Irvine, CA 92614
Telephone: (470) 321-7112

*Attorneys for Creditor*
U.S. BANK TRUST NATIONAL
ASSOCIATION, NOT IN ITS INDIVIDUAL
CAPACITY BUT SOLELY AS OWNER
TRUSTEE FOR RCF 2 ACQUISITION TRUST

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Theya Prakashini Kanagaratnam,<br>Debtor. | Case No. 24-40209<br><br>Hon. William J. Lafferty<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE** |

I, Dvaid Coats, hereby declare as follows:

I am an active member of the State Bar of California and I am not a party to the above-captioned case; my business address is 1 Park Plaza, Suite 600, Irvine, CA 92614.

On March 17, 2025, I caused copies of the following document(s) to be served:

1. **OPPOSITION TO DEBTOR'S MOTION FOR SUMMARY JUDGMENT (ECF No. 45)**

in the following manner on the parties listed below:

- 4 -
**OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (DE# 45)**

- **BY FIRST CLASS MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(b), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, placed first class postage fully prepaid thereon, and deposited said envelope in a United States mailbox.

**DEBTOR**

Theya Prakashini Kanagaratnam, *Pro Se*

2316 Lakeshore Avenue #16

Oakland, CA 94606

- **BY ELECTROIC SERVICE (ECF):**

**TRUSTEE**

Paul Mansdorf

**US TRUSTEE**

Office of the U.S. Trustee/Oak

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on this 17th day of March, 2025.

/s/ David Coats
David M. Coats, (SBN 295684)