United States Bankruptcy Court
Northern District of California

In re:     Case No. 24-40209-WJL
Theya Prakashini Kanagaratnam     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4     User: admin     Page 1 of 1
Date Rcvd: Jul 28, 2025     Form ID: FIND     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2025:**

**Recip ID     Recipient Name and Address**
db     + Theya Prakashini Kanagaratnam, 2316 Lakeshore Avenue #16, Oakland, CA 94606-1055

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2025 at the address(es) listed below:**

**Name     Email Address**

David Coats
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION dacoats@raslg.com

Office of the U.S. Trustee/Oak
    USTPRegion17.OA.ECF@usdoj.gov

Paul Mansdorf
    paul@mansdorftrustee.com Paul.Mansdorf@txitrustee.com,ecf.alert+Mansdorf@titlexi.com

Richard L. Stevenson
    on behalf of Creditor CITIBANK N.A. rls@tblaw.com

Theron S. Covey
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION tcovey@raslg.com

TOTAL: 5

Form FIND

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Theya Prakashini Kanagaratnam | Case No.: 24−40209 WJL 7 |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

**FINAL DECREE**

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Paul Mansdorf is discharged as trustee of the estate of the above−named debtor and the bond is canceled.

☑ the chapter 7 case of the above−named debtor is closed;

and

☐ Other

Dated: 7/28/25

By the Court:

William J. Lafferty
United States Bankruptcy Judge